# EXHIBIT A

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |