# EXHIBIT B

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Party for Two (3) (2).mp3 | Shania Twain | 3,287KB | Audio | Pa... |
| markveazey@KaZaA | T.I. - Bring Em Out.mp3 | T.I. | 3,384KB | Audio | |
| markveazey@KaZaA | Crime Mob - White Tee.wma | crime mob | 8,278KB | Audio | Fuck white tee |
| markveazey@KaZaA | t.i. - you dont know me.mp3 | T.I. | 5,094KB | Audio | |
| markveazey@KaZaA | Dem Franchise Boyz - In My Throwback (1).mp3 | Chevy Ali | 4,429KB | Audio | |
| markveazey@KaZaA | 11 - The Chance.mp3 | Julie Roberts | 3,374KB | Audio | |
| markveazey@KaZaA | R Kelly - Feelin On Your Booty Remix.mp3 | R. Kelly | 2,315KB | Audio | Feelin O... |
| markveazey@KaZaA | Electronica.kpl | Unknown | 0KB | Audio | |
| markveazey@KaZaA | Usher - Nice and slow.mp3 | Usher | 2,370KB | Audio | |
| markveazey@KaZaA | Petey Pablo Ft Rasheeda - Vibrate.mp3 | Petey Pablo | 2,755KB | Audio | |
| markveazey@KaZaA | my pink tee.mp3 | 3 | 3,263KB | Audio | |
| markveazey@KaZaA | Ciara Ft. Petey Pablo Goodies.mp3 | Keysha | 3,473KB | Audio | |
| markveazey@KaZaA | Kingpin Skinny Pimp Feat Yo Gotti - TVs.mp3 | 3 | 4,016KB | Audio | Kingpin Skin... |
| markveazey@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,889KB | Audio | |
| markveazey@KaZaA | (146)50 Cent - In Da Club.mp3 | 50 Cent | 5,160KB | Audio | |
| markveazey@KaZaA | Trisha Yearwood - XXX's And OOO's (An American Girl).mp3 | Trisha Yearwood | 3,906KB | Audio | Trisha Yearwnt |
| markveazey@KaZaA | Dixie Chicks - Wide Open Spaces.mp3 | Dixie Chicks | 3,492KB | Audio | Dixie Chicks |
| markveazey@KaZaA | 1 Country - Faith Hill - She's A Wild One.mp3 | Faith Hill | 2,512KB | Audio | 1 Countr... |
| markveazey@KaZaA | David Allen Coe - Jack Daniels If You Please .mp3 | David Allen Coe | 1,341KB | Audio | Jack D... |
| markveazey@KaZaA | Sugarland - Baby Girl.mp3 | sugarland | 3,824KB | Audio | Su... |
| markveazey@KaZaA | A Sad Country Song.mp3 | David Allen Coe | 2,394KB | Audio | A... |
| markveazey@KaZaA | randy travis - Forever Amen.mp3 | Randy Travis | 3,342KB | Audio | randy tra... |
| markveazey@KaZaA | Much Too Young.mp3 | Garth Brooks | 2,104KB | Audio | |
| markveazey@KaZaA | David Alan Coe - The Ride.mp3 | David Allen Cole | 2,208KB | Audio | |
| markveazey@KaZaA | Lynyrd Sknard - Freebird.mp3 | Lynyrd Skynyrd | 3,439KB | Audio | |
| markveazey@KaZaA | Trick Pony - On A Mission.mp3 | Trick Pony | 2,838KB | Audio | |
| 2 Users | Garth Brooks - The River.mp3 | garth brooks | 4,168KB | Audio | |
| markveazey@KaZaA | 02 - You Do Your Thing.mp3 | Montgomery Gentry | 2,618KB | Audio | |
| markveazey@KaZaA | Travis Tritt - I Don't Love You Anymore.mp3 | Travis Tritt | 2,661KB | Audio | Travis Tritt |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Travis Tritt - I Don't Love You Anymore.mp3 | Travis Tritt | 2,661KB | Audio |
| markveazey@KaZaA | Alannah Myles - Black Velvet.wma | Alannah Myles | 2,285KB | Audio |
| markveazey@KaZaA | Country State of Mind.mp3 | Williams Hank Jr | 3,706KB | Audio |
| markveazey@KaZaA | usher - You Remind Me.mp3 | usher-01-u_remind_me(r... | 1,954KB | Audio |
| markveazey@KaZaA | cheetah girls 2.kpl | raven | 0KB | |
| markveazey@KaZaA | Reggae.kpl | Unknown | 0KB | |
| 2 Users | David Allan Coe - A sad country song.mp3 | David Allen Coe | 2,264KB | Audio |
| markveazey@KaZaA | Alternative Rock.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Trick Pony - Just What.mp3 | Trick Pony | 3,158KB | Audio |
| markveazey@KaZaA | Trick Pony Pour Me.mp3 | Trick Pony | 2,632KB | Audio |
| markveazey@KaZaA | Aaron Carter - Arron's Party[Come And Get It].mp3 | Aaron Carter | 3,550KB | Audio |
| markveazey@KaZaA | R Kelly - I Believe I Can Fly.mp3 | R Kelly | 5,032KB | Audio |
| 2 Users | Seether featuring Amy Lee - Broken (1).wma | Seether featuring Amy Lee | 4,048KB | Audio |
| markveazey@KaZaA | Ignition.mp3 | R. Kelly | 4,304KB | Audio |
| markveazey@KaZaA | ashanti-03-happy-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,104KB | Audio |
| markveazey@KaZaA | world Beat.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Funk.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Folk.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Garth Brooks-Rodeo.mp3 | Garth Brooks | 2,680KB | Audio |
| markveazey@KaZaA | oh Arron.mp3 | Aaron Carter | 2,899KB | Audio |
| markveazey@KaZaA | Allen Jackson - Little Bitty.mp3 | Allen Jackson | 2,396KB | Audio |
| markveazey@KaZaA | Seether featuring Amy Lee - Broken (4).aac | Seether featuring Amy Lee | 4,048KB | Audio |
| markveazey@KaZaA | lil romeo-2 way.mp3 | lil romeo | 3,491KB | Audio |
| markveazey@KaZaA | Thats So Raven(Raven Symone)_(1).mp3 | Unknown | 702KB | Audio |
| markveazey@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software |
| markveazey@KaZaA | Hip-Hop.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Jazz.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Pop Rock.kpl | Unknown | 0KB | |
| markveazey@KaZaA | R&B.kpl | Unknown | 1KB | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | RB.kpl | Unknown | 1KB | |
| markveazey@KaZaA | Lil Romeo-2 Way(2).mp3 | Lil Romeo | 3,258KB | Audio |
| markveazey@KaZaA | 09 Step Daddy - Hitman Sammy Sam.mp3 | Hitman Sammy Sam | 3,249KB | Audio |
| markveazey@KaZaA | Chingy - Right Thuur RMX.mp3 | A+ | 2,848KB | Audio |
| markveazey@KaZaA | Usher - U Got It Bad.MP3 | Usher | 1,188KB | Audio |
| 2 Users | Tim Mcgraw - Don't Take The Girl (1).mp3 | Tim Mcgraw | 3,893KB | Audio |
| markveazey@KaZaA | Phil Vassar - Carlene.mp3 | Phil Vassar | 3,621KB | Audio |
| markveazey@KaZaA | Chris_Neef - Back Down .mp3 | back down | 4,174KB | Audio |
| markveazey@KaZaA | Monica - So Gone (2).mp3 | monica | 4,099KB | Audio |
| markveazey@KaZaA | js-icecream.wma | JS | 1,614KB | Audio |
| markveazey@KaZaA | Mary J Blige - Rainy Dayz.mp3 | Rainy Dayz | 1,625KB | Audio |
| markveazey@KaZaA | Cheetah Sisters (4).kpl | The Cheetah Girls | 0KB | |
| markveazey@KaZaA | Hank Williams, Jr - Simple Man.mp3 | Lynard Skynard | 4,580KB | Audio |
| markveazey@KaZaA | kevin denney - Thats Just Jesse.mp3 | Kevin Denney | 3,489KB | Audio |
| markveazey@KaZaA | Cheetah Sisters.kpl | The Cheetah Girls | 0KB | |
| markveazey@KaZaA | TV themes - Tale Spin.mp3 | TV Show Theme Songs | 2,222KB | Audio |
| 2 Users | Dierks Bentley- What Was I thinking.mp3 | A+ | 3,594KB | Audio |
| markveazey@KaZaA | Kevin Denney Cadillac Tears.mp3 | Craig Morgan | 2,801KB | Audio |
| markveazey@KaZaA | 12 The Naked Mole Rap.wma | Kim Possible | 1,647KB | Audio |
| markveazey@KaZaA | Kim Possible - Naked Mole Rap (1).mp3 | A+ | 1,236KB | Audio |
| markveazey@KaZaA | 3lw - NO MORE (1).mp3 | 3LW | 2,885KB | Audio |
| markveazey@KaZaA | Dierks Bentley - What was I Thinkin'.MP3 | Dierks Bentley | 3,594KB | Audio |
| markveazey@KaZaA | dtentboys_dig-it_1500k.mov | Unknown | 11,422KB | Video |
| markveazey@KaZaA | theme songs.kpl | Raven | 1KB | |
| markveazey@KaZaA | Master p - OooHhWwwwEee.mp3 | Craig Morgan | 1,671KB | Audio |
| markveazey@KaZaA | Even Stevens - we went to the moon in 1969.mp3 | Disney | 2,297KB | Audio |
| markveazey@KaZaA | country Brad Paisley - Don't Laugh At Me (3).mp3 | Brad Paisley | 3,436KB | Audio |
| markveazey@KaZaA | 08-trap muzik-kind uda souf-trap muzik.mp3 | t.i. | 3,559KB | Audio |
| markveazey@KaZaA | Alan Jackson_Jimmy Buffett - It's Five O'clock Somewhere... | A+ | 3,128KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Alan Jackson_Jimmy Buffett - It's Five O'clock Somewhere... | A+ | 3,128KB | Audio | Alan Jackson |
| markveazey@KaZaA | Tracy Bird - Holding Heaven.wma | A | 1,190KB | Audio | |
| markveazey@KaZaA | Various Artists - Get the Party Started.mp3 | Kids Bop 2 | 3,119KB | Audio | Get |
| markveazey@KaZaA | christina milian-call me, beep me-(1)(1) (1).mp3 | Kim Possible | 2,174KB | Audio | |
| markveazey@KaZaA | mj.wav | A+ | 1,294KB | Audio | |
| 2 Users | Tracy Bird - Too Much Fun.MP3 | Tracy Byrd | 1,984KB | Audio | Tracy B... |
| markveazey@KaZaA | Proto Zoa - My Super Nova Girl (1).mp3 | Disney | 1,446KB | Audio | |
| markveazey@KaZaA | perfectday (3).mp3 | A+ | 1,353KB | Audio | |
| markveazey@KaZaA | Tracy Byrd - Mossy Oak Song.mp3 | Tracy Byrd | 3,313KB | Audio | |
| markveazey@KaZaA | Simon and Milo - Get a Clue (1).mp3 | no artist | 2,098KB | Audio | |
| 2 Users | Proud Family.mp3 | Destiny's Child | 1,359KB | Audio | |
| markveazey@KaZaA | Drop It Like Its Hot.mp3 | 3 | 4,488KB | Audio | |
| 2 Users | (7) The Math.mp3 | A+ | 3,111KB | Audio | |
| markveazey@KaZaA | 08-young_chris_and_neef-rich_girl.mp3 | Young Gunz | 2,079KB | Audio | |
| markveazey@KaZaA | Reba Macentire - Night the Lights Went Out In Georgia (1)... | Reba Macentire | 1,956KB | Audio | Night the Lights Went... |
| markveazey@KaZaA | toby keith - cowboy up.mp3 | Toby Kieth | 2,766KB | Audio | |
| markveazey@KaZaA | Paint_Me_A_Birmingham.mp3 | Tracy Lawrence | 2,670KB | Audio | Paint... |
| markveazey@KaZaA | Dust on the bottle - David Lee Murphy.mp3 | David Lee Murphy | 2,032KB | Audio | A Little |
| markveazey@KaZaA | Buddy Jewell - Sweet Southern Comfort.mp3 | Buddy Jewell | 2,440KB | Audio | Sweet... |
| markveazey@KaZaA | Clint Black~Spend My Time.mp3 | Clint Black | 3,681KB | Audio | |
| markveazey@KaZaA | Billy Currington - 01 - I Got A Feelin'.mp3 | Billy Currington | 3,039KB | Audio | |
| markveazey@KaZaA | Billy Currington - 07 - Time With You .mp3 | Billy Currington | 3,522KB | Audio | |
| markveazey@KaZaA | Raven - Superstition (1).mp3 | Raven | 3,018KB | Audio | |
| markveazey@KaZaA | Desperado.mp3 | Garth Brooks | 2,710KB | Audio | |
| markveazey@KaZaA | Tim Mgraw--Green grass grows.mp3 | Tim McGraw | 1,637KB | Audio | Where the... |
| markveazey@KaZaA | Eagles - Desperado.mp3 | The Eagles | 2,970KB | Audio | |
| markveazey@KaZaA | gary Allen Songs About Rain.mp3 | Gary Allan | 3,125KB | Audio | |
| markveazey@KaZaA | one boy and one girl.mp3 | JOHN Micheal montgomery | 3,840KB | Audio | Or... |
| **markveazey@KaZaA** | **kenny chesney-when the sun goes down-track 2.mp3** | **kenny chesney** | **2,031KB** | **Audio** | **kenny chesney-when the sun...** |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | kenny chesney-when the sun goes down-track 2.mp3 | kenny chesney | 2,031KB | Audio | kenny chesney-when the sun |
| markveazey@KaZaA | Tracy Bird - We're From The Country.mp3 | Tracy Byrd | 2,934KB | Audio | We'r |
| markveazey@KaZaA | kenny chesney-when the sun goes down-track 17.mp3 | kenny chesney | 1,096KB | Audio | kenny chesney-when the sun g |
| markveazey@KaZaA | John Michael Montgomery - Letters From Home.MP3 | John Michael Montgomery | 4,115KB | Audio | |
| markveazey@KaZaA | Alan Jackson - Its alright to be a Redneck.MP3 | Allan Jackson | 2,563KB | Audio | Its Alrig |
| markveazey@KaZaA | Joe Diffie - John Deere Green.mp3 | Joe Diffie | 3,729KB | Audio | |
| markveazey@KaZaA | 11 - Somebody.mp3 | Reba McEntire | 2,716KB | Audio | |
| markveazey@KaZaA | Kenney Chesney--I Lost It.mp3 | Kenney Chesney | 3,782KB | Audio | Kenney |
| markveazey@KaZaA | Josh Turner - Long Black Train.mp3 | Josh Turner | 1,229KB | Audio | |
| markveazey@KaZaA | kenny chesney-track 2-When The Sun Goes Down.mp3 | Kenney Chesney | 1,947KB | Audio | kenny chesney-track 2-When T |
| markveazey@KaZaA | kenny chesney - We Danced.mp3 | Kenney Chesney | 1,026KB | Audio | |
| markveazey@KaZaA | Hank Willliams Jr. - If Heaven Ain't Alot Like Dixie.mp3 | Hank Williams Jr | 2,652KB | Audio | If Heaven |
| markveazey@KaZaA | Darryl Worley Awful Beautiful Life.mp3 | Darryl Worley | 3,124KB | Audio | Darryl Wor |
| 2 Users | Drop It Like Its Hot (4).mp3 | 3 | 3,311KB | Audio | Dro |
| markveazey@KaZaA | ciara GOODIES-goodies-omni.mp3 | Ciara | 3,515KB | Audio | |
| 2 Users | brad paisley - we danced.mp3 | Brad Paisley | 1,552KB | Audio | brad |
| 2 Users | Drop It Like Its Hot (9).mp3 | 3 | 6,346KB | Audio | Dro |
| markveazey@KaZaA | George Straight - Check Yes Or No.mp3 | George Strait | 2,120KB | Audio | |
| markveazey@KaZaA | Gretchen Wilson - Redneck Woman (1).mp3 | Gretchen Wilson | 3,001KB | Audio | |
| 4 Users | Drop It Like Its Hot (1).mp3 | 3 | 2,861KB | Audio | Dro |
| markveazey@KaZaA | Kenny Chesney Young.mp3 | Kenny Chesney | 2,762KB | Audio | |
| markveazey@KaZaA | George Straight - The Best Day Of My Life.mp3 | A+ | 2,348KB | Audio | George Strai |
| 2 Users | Drop It Like Its Hot (8).mp3 | 3 | 3,532KB | Audio | Dro |
| markveazey@KaZaA | Martina McBride  Concrete Angel.MP3 | New Artist (699) | 1,722KB | Audio | Martina McBri |
| markveazey@KaZaA | 'My Place'.url | Unknown | 0KB | Audio | |
| markveazey@KaZaA | Alan Jackson - Chattahoochie.mp3 | Alan Jackson | 3,699KB | Audio | |
| markveazey@KaZaA | pink tee.kpl | Crime Mob | 1KB | Audio | |
| markveazey@KaZaA | 03 When the Sun Goes Down.wma | Kenny Chesney | 4,572KB | Audio | When t |
| markveazey@KaZaA | (George Straight) You Look So Good In Love.mp3 | George Strait | 3,014KB | Audio | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | (George Straight) You Look So Good In Love.mp3 | George Strait | 3,014KB | Audio |
| markveazey@KaZaA | Some old drunk - Redneck.mp3 | A+ | 2,938KB | Audio |
| markveazey@KaZaA | 10 - Track 10.mp3 | Jimmy Wayne | 2,908KB | Audio |
| markveazey@KaZaA | 11 Love Train.mp3 | 3 | 2,666KB | Audio |
| markveazey@KaZaA | Copy of 24's-TI.MP3 | TI | 4,494KB | Audio |
| markveazey@KaZaA | Wynonna - Flies On The Butter .mp3 | Wynonna | 4,225KB | Audio |
| markveazey@KaZaA | yeah djjd instrumental.mp3 | usher | 1,400KB | Audio |
| 2 Users | george strait - amarillo by morning (1).mp3 | George Strait | 2,384KB | Audio |
| markveazey@KaZaA | Ying Yang Twins - Whistle While You Twirk.mp3 | Yin Yang Twinz | 1,778KB | Audio |
| markveazey@KaZaA | outkast - hey ya (2) (4).mp3 | Outkast | 1,455KB | Audio |
| markveazey@KaZaA | 02-trent willmon-dixie rose deluxe-trent willmon.mp3 | Trent Willmon | 6,326KB | Audio |
| markveazey@KaZaA | 911 mp3.wma | 3 | 9KB | Audio |
| markveazey@KaZaA | George Strait -Cheyanne.mp3 | George Straight | 4,001KB | Audio |
| markveazey@KaZaA | Reba McEntire - I'd Rather Ride Around With You.mp3 | Reba McEntire | 3,239KB | Audio |
| markveazey@KaZaA | George Strait - Love Without End, Anem.MP3 | George Straight | 2,921KB | Audio |
| markveazey@KaZaA | trent willmon trent willmon dixie rose deluxe-omni.mp3 | Trent Willmon | 4,336KB | Audio |
| markveazey@KaZaA | Trent Willmon - Beer Man.mp3 | Trent Willmon | 4,932KB | Audio |
| markveazey@KaZaA | Trent Willmon - Dixie Rose Deluxe's Honky Tonk.mp3 | Trent Willmon | 5,431KB | Audio |
| markveazey@KaZaA | Julie Roberts - Break Down Here (1).mp3 | Julie Roberts | 3,896KB | Audio |
| markveazey@KaZaA | Chris Ledoux_Toby Keith - Copenhagen.mp3 | Toby Keith | 2,558KB | Audio |
| markveazey@KaZaA | George Straight - You Look So Good In Love.mp3 | George Strait | 2,734KB | Audio |
| markveazey@KaZaA | 05 - Perfect.mp3 | Sara Evans | 2,898KB | Audio |
| markveazey@KaZaA | Waylon Jennings - Good ol Boys.MP3 | Waylon Jennings | 956KB | Audio |
| markveazey@KaZaA | HANK WILLIAMS JR.- TOBACCO ROAD.MP3 | Hank Williams | 2,163KB | Audio |
| markveazey@KaZaA | Mary Chapin-down at the twist and shout.mp3 | Mary Chapin | 3,518KB | Audio |
| markveazey@KaZaA | AMARILLO BY MORNING_GEORGE STRAIT.mp3 | George Strait | 4,417KB | Audio |
| markveazey@KaZaA | Waylon Jennings - Amanda.mp3 | Waylon Jennings | 2,112KB | Audio |
| markveazey@KaZaA | Merle Haggard - Good Ole Boys.mp3 | Waylon Jennings | 2,068KB | Audio |
| markveazey@KaZaA | 02 - Whiskey Girl.mp3 | Toby Keith | 2,816KB | Audio |

Found 570 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend

New search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | 02 - Whiskey Girl.mp3 | Toby Keith | 2,816KB | Audio |
| 2 Users | george strait - amarillo by morning (0) (0).mp3 | George Strait | 2,724KB | Audio |
| 2 Users | If Tomorrow Never Comes - George Strait.mp3 | George Strait | 3,378KB | Audio |
| markveazey@KaZaA | 24 24 (1).wma | A+ | 2,241KB | Audio |
| markveazey@KaZaA | Garth Brooks - Shameless.mp3 | Garth Brooks | 1,653KB | Audio |
| markveazey@KaZaA | The Jenkins - Blame It On Mama.mp3 | The Jenkins | 3,399KB | Audio |
| markveazey@KaZaA | Every Light In The House Is On.mp3 | Trace Adkins | 2,808KB | Audio |
| markveazey@KaZaA | Carolyn Dawn Johnson - Simple Life.mp3 | Carolyn Dawn Johnson | 3,308KB | Audio |
| markveazey@KaZaA | david lee murphy - party crowd (1).mp3 | David Lee Murphy | 3,063KB | Audio |
| markveazey@KaZaA | Dem Franchize Boyz - In My Pink Tee.wma | A+ | 1,431KB | Audio |
| markveazey@KaZaA | Down at the Twist and Shout (Mary Chapin Carpenter).mp3 | Mary Chapin Carpenter | 3,192KB | Audio |
| markveazey@KaZaA | Murphy, David Lee - Lookin' For a Party Crowd.mp3 | david lee murphy | 3,100KB | Audio |
| markveazey@KaZaA | Rough and Ready.mp3 | Trace Adkins | 2,219KB | Audio |
| markveazey@KaZaA | Live Like You Were Dying.mp3 | Tim McGraw | 4,496KB | Audio |
| markveazey@KaZaA | Rascal Flats - Mayberry.MP3 | George Strait | 1,857KB | Audio |
| markveazey@KaZaA | 03 - Loco.mp3 | David Lee Murphy | 2,205KB | Audio |
| markveazey@KaZaA | Sara Evans - Suds In The Bucket.mp3 | Sara Evans | 3,640KB | Audio |
| markveazey@KaZaA | I Melt.mp3 | Rascal Flats | 2,755KB | Audio |
| markveazey@KaZaA | Reba macentire - Fancy.mp3 | Reba McEntire | 4,630KB | Audio |
| markveazey@KaZaA | Chely Wright - Back Of The Bottom Drawer.mp3 | Chely Wright | 3,578KB | Audio |
| markveazey@KaZaA | Feed Jake.mp3 | Pirates of the Mississippi | 5,690KB | Audio |
| 2 Users | reba mcintire - little rock.mp3 | reba mcintire | 2,933KB | Audio |
| markveazey@KaZaA | Kenny Chesney - I Go Back.mp3 | Kenny Chesney | 4,765KB | Audio |
| markveazey@KaZaA | Reba Macentire - Fancy (1).mp3 | Reba Macentire | 5,587KB | Audio |
| markveazey@KaZaA | Reba McIntyre - forever love (2).mp3 | Reba McEntire | 3,616KB | Audio |
| markveazey@KaZaA | Josh Gracin - I want to Live.mp3 | Josh Gracin | 3,668KB | Audio |
| markveazey@KaZaA | George Strait - I Hate Everything.mp3 | George Strait | 3,715KB | Audio |
| markveazey@KaZaA | Men Don't Change.mp3 | Amy Dalley | 1,422KB | Audio |
| markveazey@KaZaA | Reba McEntire- What Do You Say.mp3 | Reba Macentire | 2,680KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files