Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Reba McEntire- What Do You Say.mp3 | Reba Macentire | 2,680KB | Audio |
| markveazey@KaZaA | kingpin skinny pimp - TV's _Wang.mp3 | Kingpin Skinny Pimp ft. 8B... | 4,096KB | Audio |
| markveazey@KaZaA | BLAKE SHELTON - SOME BEACH.mp3 | Blake Shelton | 3,198KB | Audio |
| markveazey@KaZaA | Lone Star - No News.mp3 | Lone Star | 2,715KB | Audio |
| markveazey@KaZaA | Trick Pony- The Bride.mp3 | Trick Pony | 4,325KB | Audio |
| markveazey@KaZaA | Warren Brothers - Sell A Lot Of Beer.MP3 | Warren Brothers | 5,654KB | Audio |
| markveazey@KaZaA | Keith Whitley - You Say It Best.MP3 | Keith Whitley | 3,435KB | Audio |
| markveazey@KaZaA | Mr. Mom - Lonestar.mp3 | Lonestar | 2,457KB | Audio |
| markveazey@KaZaA | pink tee (1).kpl | Crime Mob | 1KB | |
| markveazey@KaZaA | Joe Diffie - Tougher Than Nails (1).mp3 | Joe Diffie | 2,968KB | Audio |
| markveazey@KaZaA | Lyle Lovett - 04 In My Own Mind.mp3 | Lyle Lovett | 6,572KB | Audio |
| markveazey@KaZaA | Brooks _Dunn - That's What It's All About (1).mp3 | Brooks and Dunn | 4,012KB | Audio |
| markveazey@KaZaA | Clint Black - Killin' Time.mp3 | Clint Black | 2,641KB | Audio |
| 4 Users | Kevin Fowler -- The Lord Loves the Drinkin' Man.mp3 | Kevin Fowler | 4,329KB | Audio |
| markveazey@KaZaA | Drop It Like Its Hot (7).mp3 | 3 | 3,729KB | Audio |
| markveazey@KaZaA | 07 Come Home Soon.mp3 | SHeDAISY | 2,851KB | Audio |
| markveazey@KaZaA | Rascal Flats--Praying For Daylight.mp3 | Rascal Flats | 2,536KB | Audio |
| markveazey@KaZaA | Hank Williams Jr - Gonna Go Hunting Tonight.mp3 | Hank Williams Jr | 1,916KB | Audio |
| markveazey@KaZaA | Country Hits Of The 90's - Feed Jake.mp3 | Feed Jake | 3,738KB | Audio |
| markveazey@KaZaA | Brad Cotter - I Meant To.mp3 | Brad Cotter | 3,178KB | Audio |
| markveazey@KaZaA | Montgomery Gentry - Hillbilly Shoes.mp3 | Montgomery Gentry | 3,013KB | Audio |
| markveazey@KaZaA | Travis Tritt-The Girls Gone Wild.mp3 | Travis Tritt | 5,292KB | Audio |
| markveazey@KaZaA | Alan Jackson-Where Were You (CMA 2001).mp3 | 01 | 2,073KB | Audio |
| markveazey@KaZaA | Diamond Rio - One More Day With You.mp3 | Diamond Rio | 3,427KB | Audio |
| markveazey@KaZaA | Drop It Like Its Hot (1) (2).mp3 | 3 | 4,196KB | Audio |
| markveazey@KaZaA | Rascall Flats - Feels Like Today.mp3 | Rascal Flatts | 2,937KB | Audio |
| markveazey@KaZaA | Lonestar -- Not A Day Goes By.mp3 | Lonestar | 2,624KB | Audio |
| markveazey@KaZaA | Kenny Chesney - outta here.mp3 | Kenny Chesney | 2,620KB | Audio |
| markveazey@KaZaA | Garth Brooks - What She's Doing Now.mp3 | Garth Brooks | 3,203KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Garth Brooks - What She's Doing Now.mp3 | Garth Brooks | 3,203KB | Audio |
| markveazey@KaZaA | Reba McIntyre- On my Own.mp3 | Reba McIntyre | 3,079KB | Audio |
| markveazey@KaZaA | Reba Macintire - Starting Over Again.mp3 | Reba MacEntire | 3,924KB | Audio |
| markveazey@KaZaA | Sawyer Brown - Like A John Deere.mp3 | Sawyer Brown | 2,689KB | Audio |
| markveazey@KaZaA | Reba Mcintyre- Is There Life Still Out There.MP3 | Reba McEntire | 7,234KB | Audio |
| markveazey@KaZaA | Sawyer Brown - The Dirt Road.mp3 | Sawyer Brown | 2,016KB | Audio |
| markveazey@KaZaA | Lyle Lovett - In My Own Mind.mp3 | Lyle Lovett | 3,945KB | Audio |
| 2 Users | Party for Two (5).mp3 | Shania Twain | 2,624KB | Audio |
| markveazey@KaZaA | Ricochet - Daddy's Money.mp3 | Cher | 2,866KB | Audio |
| markveazey@KaZaA | 07 Reba McEntire - He Gets That From Me.mp3 | Reba McEntire | 3,439KB | Audio |
| markveazey@KaZaA | Garth Brooks - If Tomorrow Never Comes.mp3 | Garth Brooks | 3,446KB | Audio |
| markveazey@KaZaA | Rehab - Sittin t a Bar.mp3 | Rehab | 2,930KB | Audio |
| 2 Users | Tracy Lawrence - Texas Tornado.mp3 | Tracy Lawrence | 3,268KB | Audio |
| markveazey@KaZaA | Tracy Byrd - Texas Tornado.mp3 | Unknown | 1,666KB | Audio |
| markveazey@KaZaA | Garth Brooks - Till the Sun Comes Up.MP3 | Garth Brooks | 4,282KB | Audio |
| markveazey@KaZaA | Garth Brooks - Two Pina Coladas.mp3 | Garth Brooks | 3,361KB | Audio |
| markveazey@KaZaA | Garth Brooks - Aint Going Down Till the Sun Comes Up.mp3 | Garth Brooks | 4,282KB | Audio |
| markveazey@KaZaA | No Problems.wma | A+ | 2,728KB | Audio |
| markveazey@KaZaA | Ying Yang Twins - What's Happening.wma | A+ | 2,055KB | Audio |
| markveazey@KaZaA | Little Texas - Redneck Like Me.mp3 | Little Texas | 3,872KB | Audio |
| markveazey@KaZaA | Ying Yang Twins - Shake It Like A Salt Shaker.mp3 | 3 | 3,997KB | Audio |
| markveazey@KaZaA | 62- Sammy Kershaw-She Dont Know Shes Beautifull s.mp3 | David Allen Coe | 2,718KB | Audio |
| markveazey@KaZaA | George Strait - Ocean Front Property in Arizona.mp3 | George Strait | 2,936KB | Audio |
| markveazey@KaZaA | Big and Rich - Saved.wma | A+ | 4,590KB | Audio |
| markveazey@KaZaA | Flap Your Wings.mp3 | 3 | 3,696KB | Audio |
| markveazey@KaZaA | bob seger - Night Move.mp3 | Bob Seger | 5,363KB | Audio |
| markveazey@KaZaA | 13 - Live This Life (8).mp3 | Big And rich | 7,871KB | Audio |
| 2 Users | LIVE THIS LIFE.mp3 | 3 | 5,209KB | Audio |
| markveazey@KaZaA | Big And Rich-Live This Life.wma | A+ | 2,633KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Big And Rich-Live This Life.wma | A+ | 2,633KB | Audio | |
| markveazey@KaZaA | 13 live this life (6).wma | 3 | 6,546KB | Audio | |
| markveazey@KaZaA | Big and Rich - Love Train.mp3 | 3 | 5,373KB | Audio | |
| 2 Users | Rascall Flatts - These Days (1).mp3 | Rascal Flatts | 3,390KB | Audio | |
| markveazey@KaZaA | Live This Life (2).mp3 | 3 | 3,909KB | Audio | |
| markveazey@KaZaA | Shania Twain ft.mp3 | Shania Twain | 3,070KB | Audio | Shania Twain ft. Billy Currington |
| markveazey@KaZaA | Rascall Flatts--Praying For Daylight.mp3 | Rascal Flatts | 2,168KB | Audio | |
| markveazey@KaZaA | Josh Gracin - Nothin' to Lose.mp3 | Josh Gracin | 3,730KB | Audio | |
| markveazey@KaZaA | Billy Currington - I Got a Feelin'.mp3 | Billy Currington | 4,559KB | Audio | |
| markveazey@KaZaA | Clint Black - Summer's Coming.mp3 | Clint Black | 2,688KB | Audio | |
| markveazey@KaZaA | feels like today.mp3 | rascal Flats | 3,258KB | Audio | |
| markveazey@KaZaA | trace adkins-Im trying.mp3 | Trace Adkins | 4,444KB | Audio | |
| markveazey@KaZaA | Reba McIntyre – If You Only Knew.mp3 | Reba Mcentire | 2,989KB | Audio | |
| markveazey@KaZaA | Reba McEntire - You Lie.mp3 | Reba McEntire | 2,324KB | Audio | |
| markveazey@KaZaA | Brad Paisley-She Said Yes.mp3 | Brad Paisley | 2,066KB | Audio | |
| markveazey@KaZaA | David Allan Coe - Dear Penis.mp3 | David Allen Coe | 1,400KB | Audio | |
| markveazey@KaZaA | Bob and Tom – Dear Penis.mp3 | Bob and Tom | 880KB | Audio | |
| markveazey@KaZaA | Arron Tippon - You've Got To Stand For Something.mp3 | Aaron Tippin | 2,825KB | Audio | You've |
| markveazey@KaZaA | When I Think About Cheatin' (1).mp3 | Gretchen Wilson | 4,071KB | Audio | When I Tl |
| 2 Users | Garth Brooks - Papa Loved Mama.mp3 | Garth Brooks | 2,690KB | Audio | |
| markveazey@KaZaA | Party for Two (1).mp3 | Shania Twain | 4,599KB | Audio | |
| markveazey@KaZaA | Party for Two.mp3 | Shania Twain | 3,073KB | Audio | |
| markveazey@KaZaA | party for two greatest hits SHANIA TWAIN.mp3 | Shania Twain | 4,891KB | Audio | party for two greatest h |
| markveazey@KaZaA | Tim Mcgraw - I'm Amazed By You.mp3 | Lonestar | 3,658KB | Audio | |
| markveazey@KaZaA | When I Think About Cheatin'.mp3 | Gretchen Wilson | 5,868KB | Audio | When I Tl |
| markveazey@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,446KB | Audio | |
| markveazey@KaZaA | 14- I Cant Sleep- Clay Walker (1) (1).wma | Clay Walker | 1,915KB | Audio | |
| markveazey@KaZaA | Party for Two (2).mp3 | Shania Twain | 8,428KB | Audio | |
| markveazey@KaZaA | R. Kelly - Ignition (Remix).wma | R. Kelly | 2,231KB | Audio | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | R. Kelly - Ignition (Remix).wma | R. Kelly | 2,231KB | Audio |
| markveazey@KaZaA | Usher - You Make Me Wanna (1).mp3 | Usher | 3,007KB | Audio |
| 2 Users | Nelly Feat (1).mp3 | Nelly Feat. Tim McGraw | 3,973KB | Audio |
| markveazey@KaZaA | you make me wanna.mp3 | Usher | 3,049KB | Audio |
| markveazey@KaZaA | Lynyrd Skynyrd - Sweet Home Alabama.mp3 | 3 | 4,456KB | Audio |
| markveazey@KaZaA | Ashanti - Happy (Club Mix Remix).mp3 | Ashanti | 5,075KB | Audio |
| markveazey@KaZaA | 08-camron-break_and_pink_tee_the_answer_to_white_te... | camron | 3,071KB | Audio |
| markveazey@KaZaA | Brad Paisley - Celebrity.mp3 | Brad Paisley | 3,562KB | Audio |
| markveazey@KaZaA | Cadillacs on 22's.mp3 | Kenny Chesney | 3,075KB | Audio |
| markveazey@KaZaA | Youngbloodz-CadillacPimpin.mp3 | Youngbloodz | 5,863KB | Audio |
| markveazey@KaZaA | 50 Cent-Get Rich Or Die Tryin-p.i.m.p.-Full Version.mp3 | 50 Cent | 3,419KB | Audio |
| markveazey@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 19 - Get Low... | Lil' Jon_The Eastside Bo... | 5,222KB | Audio |
| markveazey@KaZaA | nelly- my place.mp3 | Nelly, Jaheim | 5,278KB | Audio |
| markveazey@KaZaA | Petey Pablo - Freek A Leek.mp3 | Petey Pablo | 3,622KB | Audio |
| markveazey@KaZaA | Hank Williams Jr. - A Country Boy Can Survive.mp3 | Rascal Flatts | 3,920KB | Audio |
| markveazey@KaZaA | Flap your wings-sweat_NELLY-wcr.mp3 | Nelly | 1,219KB | Audio |
| markveazey@KaZaA | Fat Joe f. Ashanti, Ja Rule - What's Love (Got To Do With I... | Fat Joe f/ Ashanti, Ja Rule | 4,176KB | Audio |
| 2 Users | 50 cent - many men.mp3 | 50 Cent | 3,028KB | Audio |
| markveazey@KaZaA | George Strait - Tell Me Something Bad About Tulsa (1).mp3 | George Strait | 4,702KB | Audio |
| markveazey@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 1,451KB | Audio |
| markveazey@KaZaA | 04 The Woman With You.mp3 | Kenny Chesney | 4,248KB | Audio |
| markveazey@KaZaA | Ginuwine-THE SENIOR-In Those Jeans (2).mp3 | Ginuwine | 3,923KB | Audio |
| 2 Users | shania twain and billy currington - party for two (2).mp3 | Shania Twain | 4,577KB | Audio |
| markveazey@KaZaA | Garth Brooks - Wild Horses.mp3 | Garth Brooks | 2,964KB | Audio |
| markveazey@KaZaA | Lonestar- What Might Have Been.mp3 | Little Texas | 3,265KB | Audio |
| markveazey@KaZaA | Ashanti ft Gemini - Happy (remix).MP3 | Ashanti Feat. C. Baltimore | 1,896KB | Audio |
| markveazey@KaZaA | Alan Jackson - Livin' On Love.mp3 | Alan Jackson | 3,574KB | Audio |
| markveazey@KaZaA | Byrd, Tracy - The Truth About Men [Feat. Guest Vocal.mp3 | TM Century PrimeCuts 50... | 2,883KB | Audio |
| markveazey@KaZaA | Travis Tritt - Country Ain't Country.mp3 | Travis Tritt | 6,009KB | Audio |

Found 670 files  |  2,719,600 users online, sharing 1,532,998,229 files (57,051.36 GB)  |  Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Travis Tritt - Country Ain't Country.mp3 | Travis Tritt | 6,009KB | Audio |
| markveazey@KaZaA | Cledus T, Judd - Bake Me A Country Ham.mp3 | Cledus T, Judd | 3,524KB | Audio |
| markveazey@KaZaA | Cletus T Judd - I Love Nascar.mp3 | cledus t.judd | 5,812KB | Audio |
| markveazey@KaZaA | Garth Brookes - Shameless.MP3 | Garth Brooks | 3,034KB | Audio |
| markveazey@KaZaA | country - hank williams jr.] all my rowdy friends.mp3 | Hank Williams Jr. | 3,063KB | Audio |
| markveazey@KaZaA | Juice Newton - Queen of Hearts.mp3 | Juice Newton | 3,146KB | Audio |
| markveazey@KaZaA | Ashanti - Foolish.mp3 | ashanti feat murder inc | 3,554KB | Audio |
| markveazey@KaZaA | JENNIFER LOPEZ ft. LL COOL J - all i have .mp3 | J.Lo feat. LL Cool J. | 3,978KB | Audio |
| markveazey@KaZaA | Darryl Worley - Family Tree.mp3 | Darryl Worley | 3,168KB | Audio |
| markveazey@KaZaA | JLo F, Ja rule Aint it funny remix.mp3 | J.Lo Feat. Ja Rule | 3,205KB | Audio |
| markveazey@KaZaA | Jennifer Lopez - I'm real.mp3 | Jennifer Lopez 02 | 4,656KB | Audio |
| markveazey@KaZaA | Gart Brook - Friend In Low Place .mp3 | Garth Brooks | 8,400KB | Audio |
| markveazey@KaZaA | JLo - I'm Real (remix).mp3 | JLo | 4,075KB | Audio |
| markveazey@KaZaA | P Diddy f. Usher - I Need a Girl.mp3 | P Diddy f. Usher | 4,260KB | Audio |
| markveazey@KaZaA | Crazy In Love.mp3 | Beyoncé Knowles Feat. J… | 5,571KB | Audio |
| markveazey@KaZaA | Mya-Mood Ring-wo.mp3 | Mya | 3,528KB | Audio |
| markveazey@KaZaA | Dream Street - It Happens Every Time (2).mp3 | DreamStreet | 2,251KB | Audio |
| 2 Users | Monica - So Gone (1).mp3 | Monica | 3,219KB | Audio |
| markveazey@KaZaA | Hilary Duff - Why Not.mp3 | hilary duff | 2,850KB | Audio |
| markveazey@KaZaA | Cletus T Judd- Plowboy.mp3 | Cledus T. Judd | 4,163KB | Audio |
| markveazey@KaZaA | (montgomery_gentry)-my_town.mp3 | Montgomery Gentry | 3,900KB | Audio |
| markveazey@KaZaA | Montgomery Gentry - My Town - 06 - speed-ego.mp3 | Montgomery Gentry | 5,654KB | Audio |
| markveazey@KaZaA | Joe Nichols - When She Drinks.mp3 | Joe Nichols | 5,596KB | Audio |
| markveazey@KaZaA | 245_Lil Bow Wow - Basketball.mp3 | Lil Bow Wow | 2,973KB | Audio |
| markveazey@KaZaA | Deana Carter - Strawberry Wine.mp3 | Deana Carter | 4,551KB | Audio |
| markveazey@KaZaA | I cant wait remix…Hillary Duff.mp3 | Hilary Duff | 984KB | Audio |
| markveazey@KaZaA | Nitty Gritty Dirt Band - Fishing in the Dark.mp3 | Nitty Gritty Dirt Band | 2,378KB | Audio |
| markveazey@KaZaA | Living And Living Well.mp3 | George Strait | 3,412KB | Audio |
| markveazey@KaZaA | IM Da Club (Beyonce Remix) (1).mp3 | Beyoncé Knowles | 3,065KB | Audio |

Found 670 files — 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) — Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | IN Da Club (Beyonce Remix) (1).mp3 | Beyonce Knowles | 3,065KB | Audio | |
| markveazey@KaZaA | Toby Keith - Beer For My Horses (With Willie Nelson) (1).m... | Toby Keith | 3,189KB | Audio | |
| markveazey@KaZaA | Travis Tritt - It's a great day to be alive.mp3 | Travis Tritt | 3,776KB | Audio | It's a gr |
| markveazey@KaZaA | Craig Morgan - Almost Home.mp3 | Craig Morgan | 6,844KB | Audio | |
| markveazey@KaZaA | Allen Jackson - Gone Country.mp3 | Alan Jackson | 3,398KB | Audio | |
| markveazey@KaZaA | Brooks And Dunn - Red Dirt Road (1).mp3 | Brooks And Dunn | 3,722KB | Audio | |
| markveazey@KaZaA | Travis Tritt - Modern Day Bonnie And Clyde.MP3 | Travis Tritt | 4,396KB | Audio | Modern Da |
| markveazey@KaZaA | Cletus T Judd - Please Take The Girl.mp3 | Cletus T. Judd | 3,728KB | Audio | Cletus T Juc |
| markveazey@KaZaA | Travis Tritt - Strong Enough To Be Your Man.mp3 | Travis Tritt | 3,620KB | Audio | Strong Enou |
| markveazey@KaZaA | Dig It.mp3 | D Tent Boys | 1,893KB | Audio | |
| markveazey@KaZaA | Beyoncé Knowles - Baby Boy (ft. Sean Paul).mp3 | Beyoncé Knowles | 5,362KB | Audio | Baby |
| markveazey@KaZaA | Toby Keith - How Do You Like Me Now.mp3 | Toby Keith | 3,264KB | Audio | How D |
| markveazey@KaZaA | three_6_mafia-01-ridin_spinners_ft._lil_flip-rage.mp3 | three 6 mafia | 6,448KB | Audio | ridi |
| markveazey@KaZaA | Toby Keith - A Little Less Talk And A Lot More Action.mp3 | Toby Keith | 2,662KB | Audio | A Little Less Talk Anc |
| markveazey@KaZaA | Toby Keith - I'm Just Talking About Tonight.mp3 | Toby Keith | 2,542KB | Audio | I'm Just Ta |
| markveazey@KaZaA | Lil Romeo - My Baby.mp3 | Lil Romeo | 3,520KB | Audio | |
| markveazey@KaZaA | ARRON CARTER - I Want Candy.mp3 | Aaron Carter | 2,876KB | Audio | |
| markveazey@KaZaA | (Reggae) (Buy Out Riddim) Sean Paul - Like Glue.mp3 | sean paul | 3,448KB | Audio | |
| markveazey@KaZaA | Allen Jackson _Jimmy Buffett - Margaritaville.mp3 | Allen Jackson _Jimmy Buf... | 4,476KB | Audio | Margaritaville ( |
| markveazey@KaZaA | Lil Bow Wow - Take Ya Home.MP3 | Lil Bow Wow | 1,632KB | Audio | |
| markveazey@KaZaA | Alan Jackson - Pop A Top Again.mp3 | Alan Jackson | 2,914KB | Audio | |
| markveazey@KaZaA | Bow Wow ft. Birdman - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio | |
| 2 Users | Ashanti - Rock with you.mp3 | Ashanti | 4,145KB | Audio | |
| markveazey@KaZaA | Hank William Jr - Family Tradition .mp3 | Hank Williams Jr | 2,818KB | Audio | |
| markveazey@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,443KB | Audio | |
| markveazey@KaZaA | js-01-ice_cream.mp3 | JS | 4,788KB | Audio | Ice Cre. |
| markveazey@KaZaA | Simon and Milo - Get a Clue.mp3 | no artist | 3,080KB | Audio | |
| markveazey@KaZaA | D Tent Boys-Dig It (1).wav | D-Tent Boys | 667KB | Audio | Dig It (From T! |
| markveazey@KaZaA | 06. Here Without You.mp3 | 3 Doors Down | 3,262KB | Audio | |

Found 670 files | 2,719,600 users online; sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | Theater | Search | Traffic | Shop | Tell A Friend

My Kazaa | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | 06. Here Without You.mp3 | 3 Doors Down | 3,262KB | Audio |
| markveazey@KaZaA | lynard skynyrd - Free bird.mp3 | Lynard Skynard | 4,448KB | Audio |
| markveazey@KaZaA | kenny chesney - On The Coast Of Somewhere Beautiful.m… | Kenny Chesney | 3,351KB | Audio |
| markveazey@KaZaA | Tim McGraw - She Thinks My Tractor Is Sexy.mp3 | Kenney Chesney | 3,910KB | Audio |
| markveazey@KaZaA | R. Kelly - Snake (feat. Big Tigger).mp3 | R. Kelly | 2,851KB | Audio |
| markveazey@KaZaA | Lil Jon And Eastside Boyz - Kings Of Crunk[Clean] - 17 - Pl… | Lil Jon and Eastside Boyz | 1,986KB | Audio |
| markveazey@KaZaA | Blake Shelton - Ol' Red .mp3 | Blake Shelton | 3,500KB | Audio |
| markveazey@KaZaA | 01 - CD-Track 01.mp3 | R. Kelly | 2,968KB | Audio |
| markveazey@KaZaA | r. kelly - i can't sleep (remix).mp3 | R. Kelly | 2,844KB | Audio |
| markveazey@KaZaA | Young Bloodz Feat Lil' Jon = Damn!.mp3 | Youngbloodz | 4,698KB | Audio |
| markveazey@KaZaA | Pharrell ft Jay-Z - Frontin'.mp3 | pharell ft jay z | 5,207KB | Audio |
| markveazey@KaZaA | 01 - Mya - My love is like wow.mp3 | Mya | 4,912KB | Audio |
| markveazey@KaZaA | __INCOMPLETE___Holes Soundtrack - D-Tent Boys - Dig It… | d-tent boys | 1,125KB | Audio |
| 2 Users | Carter, Arron - Boom,Slam,Shaq (1).mp3 | Aaron Carter | 3,194KB | Audio |
| markveazey@KaZaA | R. Kelly - Down Low [Explicit Remix].mp3 | R, Kelly | 4,220KB | Audio |
| markveazey@KaZaA | Remixes-R&R Kelly - Bump N Grind (Remix).mp3 | R Kelley | 4,170KB | Audio |
| markveazey@KaZaA | Nelly Feat. P, Diddy - Shake Ya Tail Feather.mp3 | Nelly | 4,177KB | Audio |
| markveazey@KaZaA | RB - R kelly - u remind me of my jeep.mp3 | R..Kelly | 2,933KB | Audio |
| markveazey@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| markveazey@KaZaA | RKELLY - your body's calling.mp3 | R. Kelly | 4,240KB | Audio |
| markveazey@KaZaA | 01-mya_feat._missy-my_love_is_like_whoa-cms.mp3 | Mya Feat. Missy | 4,949KB | Audio |
| markveazey@KaZaA | Feelin On Yo Booty (Remix) (1).MP3 | R Kelly | 1,296KB | Audio |
| markveazey@KaZaA | Beanie Man, Mya - Girls Dem Sugar.mp3 | Beanie Man, Mya | 4,050KB | Audio |
| markveazey@KaZaA | JayZ - LaLaLa - Excuse Me Miss Again.mp3 | Jay-Z | 4,434KB | Audio |
| markveazey@KaZaA | Slow Jams-R. Kelly - Bump n Grind (remix).mp3 | R, Kelly | 4,170KB | Audio |
| markveazey@KaZaA | Say The Word.mp3 | Christy Carlson Romano | 2,690KB | Audio |
| markveazey@KaZaA | Tim McGraw - Real Good Man.mp3 | Tim McGraw | 4,000KB | Audio |
| markveazey@KaZaA | Kim Possible - Naked Mole Rap.mp3 | A+ | 1,236KB | Audio |
| markveazey@KaZaA | Trace Adkins - Then They Do.MP3 | Trace Adkins | 4,037KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files