**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Trace Adkins - Then They Do.MP3 | Trace Adkins | 4,037KB | Audio |
| markveazey@KaZaA | R. Kelly - Feelin' On Your Booty Big Daddy Remix.mp3 | R Kelly | 1,845KB | Audio |
| markveazey@KaZaA | girl-r, kelly - FEELING ON YOUR BOOTY REMIX | rkelly | 1,752KB | |
| markveazey@KaZaA | christina milian-call me, beep me-(1)(1).mp3 | Christina Milian | 2,175KB | Audio |
| markveazey@KaZaA | Randy Travis - Three Wooden Crosses.mp3 | Randy Travis | 4,735KB | Audio |
| markveazey@KaZaA | Allan Jackson - Little Man.mp3 | Alan Jackson | 4,202KB | Audio |
| markveazey@KaZaA | Tim Mcgraw-Real Good Man_The Ride.mp3 | Tim McGraw | 10,436KB | Audio |
| markveazey@KaZaA | Montgomery Gentry - Carrying On She Couldn't Change Me... | Montgomery Gentry | 4,070KB | Audio |
| markveazey@KaZaA | Beyonce Knowles Nude.jpg | Big Cheese | 129KB | Image |
| markveazey@KaZaA | terry clark-I JUST WANT TO BE MAD.mp3 | Terri Clark | 3,220KB | Audio |
| markveazey@KaZaA | Trace Adkins - Chrome.mp3 | Trace Adkins | 3,172KB | Audio |
| markveazey@KaZaA | The Lizzie McGuire Movie (1).mov | Raven | 1,408KB | Video |
| markveazey@KaZaA | 03 - Usher - You'll Be In My Heart - simplemp3s_ (1).mp3 | Usher | 2,475KB | Audio |
| markveazey@KaZaA | Cletus T. Judd - Country Grammar.mp3 | Cletus T. Judd | 1,001KB | Audio |
| markveazey@KaZaA | destiny's child feat solange - the proud family theme song.... | Destiny's Child  Feat. Sol... | 1,600KB | Audio |
| markveazey@KaZaA | Anthony Smith - If That Ain't Country.wma | Anthony Smith | 1,788KB | Audio |
| markveazey@KaZaA | mark wills - Good Morning Beautiful.mp3 | Blake Shelton | 3,392KB | Audio |
| markveazey@KaZaA | Not Too Young, Not to old.mp3 | Aaron Carter and Nick Ca... | 2,937KB | Audio |
| markveazey@KaZaA | arron carter-Thats how I beat shaq.mp3 | Aaron Carter | 4,784KB | Audio |
| markveazey@KaZaA | dixie chicks - Long Time Gone.mp3 | Dixie Chicks | 3,518KB | Audio |
| markveazey@KaZaA | Jeff Bates - The Love Song (Single Version).mp3 | Jeff Bates | 3,743KB | Audio |
| markveazey@KaZaA | Kenny Chesney - She Thinks My Tractor's Sexy.mp3 | Kenny Chesney | 3,876KB | Audio |
| markveazey@KaZaA | 05 - Ashanti featuring Lil' Sis Shi - Colors of The Wind - simp... | Ashanti featuring Lil' Sis Sh | 2,213KB | Audio |
| markveazey@KaZaA | Darryl_Worley_-_(1-Miss-My-Friend)-01-Tennessee_River.... | Darryl Worley | 5,560KB | Audio |
| markveazey@KaZaA | Randy Travis - Three Wooden Crosses (1) (1).mp3 | Randy Travis | 5,526KB | Audio |
| markveazey@KaZaA | Nelly - Country Grammar (parody) (1).mp3 | Cletus T. Judd | 847KB | Audio |
| markveazey@KaZaA | Christina Milian - Call Me Beep Me If You Want To Reach M... | Christina Milian | 1,782KB | Audio |
| markveazey@KaZaA | MONTGOMERY GENTRY-hell yeah-pre-release.mp3 | Montgomery Gentry | 4,321KB | Audio |
| markveazey@KaZaA | pete rock_and cl smooth - straighten it out.mp3 | Pete Rock_C.L._Smooth | 3,964KB | Audio |
| markveazey@KaZaA | | Data Rock_Cl_Smooth | | Audio |

Found 670 files

2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB)    Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | pete rock and cl smooth - straighten it out.mp3 | Pete Rock_C.L. Smooth | 3,964KB | Audio |
| markveazey@KaZaA | Pete Rock_CL Smooth - Lots Of Lovin.mp3 | Pete Rock_CL Smooth | 4,829KB | Audio |
| markveazey@KaZaA | young gunz- cant stop wont stop.mp3 | cd1-16-chris_and_neef-c-... | 3,234KB | Audio |
| markveazey@KaZaA | Buddy Jewell-Pour Out The Rain(Lacey's Song).mp3 | Buddy Jewell | 3,469KB | Audio |
| markveazey@KaZaA | Pete Rock_CL Smooth - They Reminisce Over You (T.R.O... | Pete Rock_C.L. Smooth | 4,484KB | Audio |
| markveazey@KaZaA | Disney - Even Stevens - Ren(Christy Carlson Romano) Ste... | A+ | 1,039KB | Audio |
| markveazey@KaZaA | Go DJ.mp3 | Lil Wayne | 3,304KB | Audio |
| markveazey@KaZaA | Blake Shelton - Playboys Of The Southwestern World.mp3 | Blake Shelton | 6,318KB | Audio |
| markveazey@KaZaA | TV Theme Songs - Lizzie Mcguire.mp3 | TV Theme Songs | 1,756KB | Audio |
| markveazey@KaZaA | Brad Paisley - I'm Gonna Miss Her.mp3 | Brad Pasley | 3,029KB | Audio |
| markveazey@KaZaA | Tupac - Gotta Get Mine.mp3 | 2Pac feat MC Breed | 4,003KB | Audio |
| markveazey@KaZaA | 07 - Hell Yeah.mp3 | Montgomery Gentry | 6,819KB | Audio |
| markveazey@KaZaA | Pete Rock and CL Smooth - They Reminisce Over You.mp3 | Pete Rock_CL Smooth | 4,467KB | Audio |
| markveazey@KaZaA | Disney Channel - Lizzie McGuire.wma | Disney Channel | 655KB | Audio |
| markveazey@KaZaA | 3LW- players gonna play.mp3 | 3LW | 6,635KB | Audio |
| markveazey@KaZaA | That's So Raven.mp3 | Raven | 1,408KB | Audio |
| markveazey@KaZaA | Tim Mcgraw - Barbeque Stain.mp3 | Tim McGraw | 2,856KB | Audio |
| markveazey@KaZaA | Toby Keith - I Love This Bar(1).mp3 | Toby Keith | 3,868KB | Audio |
| markveazey@KaZaA | TV Theme - Boy Meets World.wav | TV Show Theme Songs | 4,149KB | Audio |
| markveazey@KaZaA | Theme - Lizzie McGuire.wma | Disney Channel | 654KB | Audio |
| markveazey@KaZaA | Sister Sister Theme Song.mp3 | TV Themes | 678KB | Audio |
| markveazey@KaZaA | Pete Rock and CL Smooth - Take you there (1).mp3 | Pete Rock_C.L. Smooth | 4,445KB | Audio |
| markveazey@KaZaA | Cheetah Sisters.wav | The Cheetah Girls | 1,636KB | Audio |
| markveazey@KaZaA | Disney Channel - Zenon - Supernova Girl.mp3 | Proto Zoa | 1,950KB | Audio |
| markveazey@KaZaA | Thats So Raven(Raven Symone).avi | Raven | 1,292KB | Video |
| markveazey@KaZaA | The_disney_channel_circle_of_stars-circle_of_life.disney... | D | 6,819KB | Audio |
| markveazey@KaZaA | Brooks_Dunn - Boot Scoot Boogie.mp3 | brooks and dunn | 3,080KB | Audio |
| markveazey@KaZaA | George Strait - Cowboys Like Us.mp3 | George Strait | 3,389KB | Audio |
| markveazey@KaZaA | Superchick - One Girl Revolution.mp3 | Hillary Duff | 3,062KB | Audio |
| markveazey@KaZaA | Mr Ekh Chainht Un Man mo3 | MC Ekh | 3,003KB | Audio |

Can
hel

They Reminisce C

Disney - Ever

Playboys of The S

Brad Paisl

They F

Thats So Raven(

2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB)   Not sharing any files

Found 670 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Superchick - One Girl Revolution.mp3 | Hillary Duff | 3,062KB | Audio |
| markveazey@KaZaA | Mc Eiht - Straight Up Menace .mp3 | MC Eight | 3,392KB | Audio |
| markveazey@KaZaA | Christina Millan - Kim Possible Theme Song.wav | Disney Channel | 5,202KB | Audio |
| markveazey@KaZaA | Hillary Duff - So Yesterday.wav | Hillary Duff | 1,486KB | Audio |
| markveazey@KaZaA | Mark Wills - And The Crowd Goes Wild.mp3 | Mark Wills | 3,698KB | Audio |
| markveazey@KaZaA | Keith Urban - Where the Blacktop Ends.mp3 | Keith Urban | 4,222KB | Audio |
| markveazey@KaZaA | Play - Us Against the World (Lizzie McGuire) (1).mp3 | Play | 1,228KB | Audio |
| markveazey@KaZaA | Steven Tyler- Santa Claus is Coming to Town.mp3 | Aerosmith | 640KB | Audio |
| markveazey@KaZaA | Rose Falcon - Up, Up, Up - (Buehler13).mp3 | Rose Falcon | 6,707KB | Audio |
| markveazey@KaZaA | 11 - Hilary Duff - Metamorphosis.mp3 | Hilary Duff | 4,838KB | Audio |
| markveazey@KaZaA | Hilary Duff - What Dreams Are Made Of (1).mp3 | Hillary Duff | 704KB | Audio |
| markveazey@KaZaA | Hillary Duff and Lil' Romeo (1).mpg | Paolo and Isabella | 1,620KB | Video |
| markveazey@KaZaA | Martina McBride - This Ones For The Girls (2).mp3 | Martina McBride | 3,776KB | Audio |
| markveazey@KaZaA | Hillary Duff- Us against the World.mpg | Hilary Duff/Lalaine | 1,372KB | Video |
| markveazey@KaZaA | Tracy Bird - Drinking Bone.mp3 | Tracy Byrd | 3,093KB | Audio |
| markveazey@KaZaA | Brooks_Dunn - Straight Tequila Night.mp3 | Brooks and Dunn | 2,709KB | Audio |
| markveazey@KaZaA | Don Williams - Louisana Saturday Night.mp3 | Alabama | 2,054KB | Audio |
| markveazey@KaZaA | Walk A Little Straighter - Billy Currington.mp3 | Billy Currington | 3,538KB | Audio |
| markveazey@KaZaA | Nitty Gritty Dirt Band - Louisana Saturday Night.mp3 | Nitty Gritty Dirt Band | 2,124KB | Audio |
| markveazey@KaZaA | Kenny Chesny-She's Got It All.mp2 | Kenny Chesney | 3,197KB | Audio |
| markveazey@KaZaA | Toby Keith - Should've Been A Cowboy.mp3 | Toby Keith | 3,274KB | Audio |
| markveazey@KaZaA | Alan Jackson - Whos cheatin who.mp3 | Alan Jackson | 3,335KB | Audio |
| markveazey@KaZaA | Tim McGraw - Down On The Farm.mp3 | Tim McGraw | 2,740KB | Audio |
| markveazey@KaZaA | Tim McGraw - I Like It, I Love It.mp3 | Tim Mcgraw | 2,807KB | Audio |
| markveazey@KaZaA | Brad Pasley-Austin (2).mp3 | Blake Shelton | 1,370KB | Audio |
| markveazey@KaZaA | George Strait - I Get Carried Away.mp3 | George Strait | 3,156KB | Audio |
| markveazey@KaZaA | Dwight Yoakam - The Back Of Your Hand.Mp3 | Dwight Yoakam | 2,921KB | Audio |
| markveazey@KaZaA | Jeff Foxworthy - Deer Hunting.mp3 | Jeff Foxworthy | 4,288KB | Audio |
| markveazey@KaZaA | Travis Tritt - I'm Gonna Be Somebody.mp3 | Travis Trent | 3,815KB | Audio |
| m dwa/asaw 7aA | John Danvan. Country Boy mn? | John Denver | 2.762VP | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

New search  Download  Search  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| markveazey@iKaZaA | Travis Tritt - I'm Gonna Be Somebody.mp3 | Travis Trent | 3,815KB | Audio |
| markveazey@iKaZaA | John Denver - Country Boy.mp3 | John Denver | 2,760KB | Audio |
| markveazey@iKaZaA | John Micheal Montgomery - Auctioneer Song.mp3 | John Michael Montgomery | 2,082KB | Audio |
| markveazey@iKaZaA | Dimond Rio - Meet in the middle.mp3 | Dimond Rio | 2,717KB | Audio |
| markveazey@iKaZaA | Kevin Sharp - Nobody Knows it but me.mp3 | Kevin Sharp | 3,200KB | Audio |
| markveazey@iKaZaA | Waylon Jennings_Tony Joe White - Redneck Women.mp3 | Waylon Jennings | 2,938KB | Audio |
| markveazey@iKaZaA | SheDaisy - Passenger Seat.mp3 | SheDAISY | 4,897KB | Audio |
| markveazey@iKaZaA | Joe Diffy- John Deer Green.mp3 | Joe Diffie | 4,249KB | Audio |
| markveazey@iKaZaA | i smoke i drank remix (1).mp3 | YoungBloodz/Mr. Magic/R... | 6,656KB | Audio |
| markveazey@iKaZaA | Brooks and Dunn - Neon Moon.mp3 | Allan Jackson | 3,572KB | Audio |
| markveazey@iKaZaA | Garth Brooks - Unanswered Prayers.mp3 | Garth Brooks | 3,210KB | Audio |
| markveazey@iKaZaA | George Strait - Fool Hearted Memory.mp3 | George Strait | 2,494KB | Audio |
| markveazey@iKaZaA | Travis Tritt Love of a Women.mp3 | Travis Tritt | 3,412KB | Audio |
| markveazey@iKaZaA | Kenny Chesney - there goes my life (1).mp3 | Kenny Chesney | 3,000KB | Audio |
| markveazey@iKaZaA | Kenny Chesney - There Goes My Life (1) (1).mp3 | Kenney Chesney | 1,952KB | Audio |
| markveazey@iKaZaA | 03 When the Sun Goes Down.mp3 | Kenny Chesney | 4,542KB | Audio |
| markveazey@iKaZaA | George Strait - Desperately.mp3 | George Strait | 3,878KB | Audio |
| markveazey@iKaZaA | when the sun goes down-track.7-kenny chesney.mp3 | kenny chesney | 2,795KB | Audio |
| markveazey@iKaZaA | I Won't Tell.mp3 | Petey Pablo ft. Ciara | 3,473KB | Audio |
| markveazey@iKaZaA | Conway Twitty - I'd Just Love To Lay You Down.mp3 | Conway Twitty | 3,149KB | Audio |
| markveazey@iKaZaA | John Micheal Montgomery - Life's a Dance.mp3 | John Michael Montgomery | 1,501KB | Audio |
| markveazey@iKaZaA | Lee Ann Womack - The Wrong Girl.mp3 | lee ann womack | 2,716KB | Audio |
| markveazey@iKaZaA | Clay Walker - A Few Questions.mp3 | Clay Walker | 3,510KB | Audio |
| markveazey@iKaZaA | Trisha Yearwood - She's In Love With The Boy.mp3 | Trisha Yearwood | 3,839KB | Audio |
| markveazey@iKaZaA | crime mob - Black Tee.mp3 | Crime Mob | 5,485KB | Audio |
| markveazey@iKaZaA | Country - Randy Travis - My Love Is Deeper.mp3 | Randy Travis | 3,440KB | Audio |
| markveazey@iKaZaA | Willy Nelson - Mammas don't let your babies grow up to be ... | Waylon Jennings | 2,406KB | Audio |
| markveazey@iKaZaA | I Want To Live.mp3 | Josh Gracin | 3,440KB | Audio |
| markveazey@iKaZaA | I'm Carryin Your Love with Me.mp3 | George Strait | 3,623KB | Audio |
| markveazey@iKaZaA | Alan B. Stylen B.  Lacked Up in ... | Alan | 2,700KB | Audio |

Found 670 files

2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | I'm Carryin Your Love with Me.mp3 | George Strait | 3,623KB | Audio |
| markveazey@KaZaA | Akon ft. Styles P. - Locked Up.wma | Akon | 3,700KB | Audio |
| markveazey@KaZaA | Crime Mob - Pink Tee.wma | Crime Mob | 1,149KB | Audio |
| markveazey@KaZaA | 09 Brad Paisley - Whiskey Lullaby.mp3 | Paisley, Brad_Krauss, Al... | 4,063KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - As Any Fool Can See.mp3 | Tracy Lawrence | 2,846KB | Audio |
| markveazey@KaZaA | Reba McEntire - I'm A Survivor.mp3 | Reba | 2,956KB | Audio |
| markveazey@KaZaA | 03 Get Some Crunk in Yo System.wma | trillville and lil scrappy | 2,018KB | Audio |
| markveazey@KaZaA | Sawyer Brown - Some Girls Do.mp3 | Sawyer Brown | 3,005KB | Audio |
| markveazey@KaZaA | Reba Macentire What Do You Say.mp3 | Reba McIntire | 3,307KB | Audio |
| markveazey@KaZaA | Big and Rich - Save a Horse, Ride a Cowboy.mp3 | 3 | 4,745KB | Audio |
| markveazey@KaZaA | Country - Brad Paisley - Mud On The Tires.mp3 | Brad Paisley | 3,260KB | Audio |
| markveazey@KaZaA | Copy of Brad Paisly - He Didn't Have To Be.mp3 | Brad Paisly | 3,659KB | Audio |
| markveazey@KaZaA | WRAPPED UP IN YOU.MP3 | Garth Brooks | 1,927KB | Audio |
| markveazey@KaZaA | Alan Jackson - Don't Rock The Jukebox.mp3 | Alan Jackson | 2,670KB | Audio |
| markveazey@KaZaA | Cold One Comin' On.mp3 | Montgomery Gentry | 3,582KB | Audio |
| markveazey@KaZaA | Patty Loveless - Lovin' All Night.mp3 | Patty Loveless | 3,388KB | Audio |
| markveazey@KaZaA | When God-Fearin' Women Get The Blues - Martinia McBride... | Martina McBride | 3,511KB | Audio |
| markveazey@KaZaA | Petey Pablo - Freak-A-Leak.mp3 | Petey Pablo | 2,809KB | Audio |
| markveazey@KaZaA | How_Far.mp3 | Martina McBride | 3,709KB | Audio |
| 2 Users | Terri Clark - Girls Lie Too.mp3 | Terri Clark | 3,333KB | Audio |
| markveazey@KaZaA | 01-jimmy_buffett-hey_good_lookin-xxl.mp3 | Jimmy Buffett | 4,623KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - Time Marches On.mp3 | Tracy Lawrence | 2,884KB | Audio |
| markveazey@KaZaA | Joe Nichols - If Nobody Believed In You.mp3 | Joe Nichols | 3,706KB | Audio |
| markveazey@KaZaA | Jo Dee Messina - Fool hearted man.mp3 | Jo Dee Messina | 2,578KB | Audio |
| markveazey@KaZaA | kenny chesnay - Live Those Songs.mp3 | Kenny Chesney | 3,607KB | Audio |
| markveazey@KaZaA | Amy Dalley - Men Don't Change.mp3 | Amy Dalley | 1,405KB | Audio |
| markveazey@KaZaA | Toby Kieth That's My House.mp3 | Toby Keith | 4,560KB | Audio |
| markveazey@KaZaA | Reba McEntire - I'm Gonna Take That Mountain.mp3 | REBA MCENTIRE | 3,190KB | Audio |
| markveazey@KaZaA | T60 1 1 Meant to Brad Cotter.mp3 | Brad Cotter | 2,404KB | Audio |

[2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB)] | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | TBD 1 Meant to Brad Cotter.mp3 | Brad Cotter | 2,404KB | Audio |
| markveazey@KaZaA | YounBloodz-Lean Low.mp3 | Young Bloodz | 2,300KB | Audio |
| markveazey@KaZaA | Jerry Clower - The Coon Hunting Monkey.mp3 | Jerry Clower | 1,348KB | Audio |
| markveazey@KaZaA | Christian Comedy - Jerry Clower - Coon Hunting With A W… | Mark Lowery | 1,326KB | Audio |
| markveazey@KaZaA | toby keith - i wanna talk about me.mp3 | Toby Keith | 2,829KB | Audio |
| markveazey@KaZaA | Lean On Me-Original Version.mp3 | Marvin Gaye | 2,006KB | Audio |
| markveazey@KaZaA | Nothing on but the radio.mp3 | Gary Allan | 4,971KB | Audio |
| markveazey@KaZaA | Dierks Bentley How Am I Doin'.mp3 | Dierks Bentley | 2,702KB | Audio |
| markveazey@KaZaA | TBD I Meant to.mp3 | Brad Cotter | 2,001KB | Audio |
| markveazey@KaZaA | Alan Jackson - The Blues Man (A Tribute To Hank Williams J… | Alan Jackson | 6,700KB | Audio |
| markveazey@KaZaA | She Thinks She Needs Me.mp3 | Andy Griggs | 3,710KB | Audio |
| markveazey@KaZaA | Rascal Flats - My Worst_Fear.mp3 | Rascal Flats | 3,722KB | Audio |
| markveazey@KaZaA | Greatest Hits 5 Why Didn't I Think Of That Doug Stone.mp3 | Doug Stone | 3,776KB | Audio |
| markveazey@KaZaA | 03 - That's Cool.mp3 | Blue County | 2,540KB | Audio |
| markveazey@KaZaA | Daryl Worley - I Miss My Friend.mp3 | Daryl Worley | 2,463KB | Audio |
| markveazey@KaZaA | Alabama - Mountain Music.mp3 | Alabama | 3,418KB | Audio |
| markveazey@KaZaA | Pat Green - Wave on Wave.mp3 | Pat Green | 3,727KB | Audio |
| markveazey@KaZaA | Why Didn't I Think Of That.mp3 | Doug Stone | 1,628KB | Audio |
| markveazey@KaZaA | Brooks N Dunn - Nothing About You.mp3 | Brooks and Dunn | 3,186KB | Audio |
| markveazey@KaZaA | Sawyer Brown - The Walk.mp3 | Sawyer Brown | 3,500KB | Audio |
| markveazey@KaZaA | Tim McGraw and Faith Hill - Its Your Love.MP3 | <Unknown> | 3,290KB | Audio |
| markveazey@KaZaA | George Strait - I Cross My Heart (1).mp3 | George Straight | 2,802KB | Audio |
| markveazey@KaZaA | Travis Tritt - Country Ain't Country(walz).mp3 | Travis Tritt | 4,006KB | Audio |
| markveazey@KaZaA | Rehab- Sittin at a Bar.mp3 | Rehab | 3,676KB | Audio |
| markveazey@KaZaA | Hal Ketchum - Small Town Saturday Night.mp3 | Hal Ketchum | 2,773KB | Audio |
| 2 Users | Still Bill Lean On Me.mp3 | Bill Withers | 3,130KB | Audio |
| markveazey@KaZaA | Kenney Chesney - Simple Things.mp3 | Kenny Chesney | 3,780KB | Audio |
| markveazey@KaZaA | Stays In Mexico Toby Keith (1).mp3 | Toby keith | 5,029KB | Audio |
| markveazey@KaZaA | Sawyer Brown - Six Days On The Road.mp3 | Sawyer Brown | 2,710KB | Audio |
| markveazey@KaZaA | Dun killn - Manlyn Th Way Mannhis mn2 | Dun Trille | 2 12KB | Audio |

Found 670 files    2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Sawyer Brown - Six Days On The Road.mp3 | Sawyer Brown | 2,710KB | Audio |
| markveazey@KaZaA | Pam tillis - Maybe It Was Memphis -.mp3 | Pam Tillis | 3,134KB | Audio |
| markveazey@KaZaA | Brad Cotter - I Miss Me - I MEANT TO - 2.mp3 | Brad Cotter | 1,804KB | Audio |
| markveazey@KaZaA | Brad Cotter I Meant to 1.mp3 | Brad Cotter | 2,698KB | Audio |
| markveazey@KaZaA | I MEANT TO - I Meant to.mp3 | Brad Cotter | 1,579KB | Audio |
| markveazey@KaZaA | Tim McGraw - Indian Outlaw.mp3 | Tim McGraw | 2,808KB | Audio |
| markveazey@KaZaA | George Strait - Blue Clear Sky.mp3 | George Strait | 2,733KB | Audio |
| markveazey@KaZaA | Ultimate Country Super Hits - Ricochet - 13 - Daddy's Mon… | Ricochet | 1,543KB | Audio |
| markveazey@KaZaA | Phil Vassar - Just Another Day In Paradise.mp3 | Phil Vassar | 2,754KB | Audio |
| markveazey@KaZaA | Ultimate Country Super Hits 13 Ricochet Daddy's Money.m… | Ricochet | 2,053KB | Audio |
| markveazey@KaZaA | 2 - Brad Cotter - I Miss Me.mp3 | Brad Cotter | 2,914KB | Audio |
| markveazey@KaZaA | Tracy Bird - Keeper of the Stars.mp3 | Tracy Bird | 4,023KB | Audio |
| markveazey@KaZaA | doug stone - in a pine box.mp3 | Doug Stone | 3,130KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - How A Cowgirl Says Goodbye.mp3 | Tracy Lawrence | 3,324KB | Audio |
| markveazey@KaZaA | garth brooks - Till the River Runs Dry.mp3 | Garth Brooks | 4,149KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - That Aint My Truck.mp3 | Tracy Lawrence | 3,798KB | Audio |
| markveazey@KaZaA | Chris Cagel - Country By The Grace Of God.MP3 | Chris_Cagle | 3,288KB | Audio |
| markveazey@KaZaA | Tim_Magraw_-_My Best Friend.mp3 | Tim McGraw | 3,278KB | Audio |
| markveazey@KaZaA | Kenny Chesney - Just Dont Happen Twice.mp3 | Kenney Chesney | 2,216KB | Audio |
| markveazey@KaZaA | Tracy Byrd - Holding Heaven In My Arms Tonight.mp3 | Tracy Byrd | 2,355KB | Audio |
| markveazey@KaZaA | I MEANT TO I I Meant to Brad Cotter.mp3 | Brad Cotter | 2,201KB | Audio |
| markveazey@KaZaA | Little Texas - God Bless Texas.mp3 | Little Texas | 3,825KB | Audio |
| markveazey@KaZaA | George Strait-Look So Good In Love.mp3 | George Strait | 2,264KB | Audio |
| markveazey@KaZaA | Greatest Hits - 911.mp3 | Wyclef Jean | 2,295KB | Audio |
| markveazey@KaZaA | T.I. Rubberbandman.wma | TI | 2,752KB | Audio |
| markveazey@KaZaA | Drop it like its hot - Snoop Dogg ft Pharell.MP3 | Snoop Dogg | 5,513KB | Audio |
| markveazey@KaZaA | Jerkey Boys- 911 call from phone booth.mp3 | Jerky Boys | 816KB | Audio |
| markveazey@KaZaA | Greatest Hits - Wyclef Jean - 911 - 6.mp3 | Wyclef_Jean | 2,830KB | Audio |
| markveazey@KaZaA | Steve Azar - Waitin' On Joe.mp3 | Steve Azar | 3,854KB | Audio |

Found 670 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| markveazey@KaZaA | Tim_Mcgraw _ My Best Friend.mp3 | Tim McGraw | 3,278KB | Audio |
| markveazey@KaZaA | Kenny Chesney - Just Dont Happen Twice.mp3 | Kenney Chesney | 2,216KB | Audio |
| markveazey@KaZaA | Tracy Byrd - Holding Heaven In My Arms Tonight..mp3 | Tracy Byrd | 2,355KB | Audio |
| markveazey@KaZaA | I MEANT TO 1 I Meant to Brad Cotter.mp3 | Brad Cotter | 2,201KB | Audio |
| markveazey@KaZaA | Little Texas - God Bless Texas.mp3 | Little Texas | 3,825KB | Audio |
| markveazey@KaZaA | George Strait-Look So Good In Love.mp3 | George Strait | 2,264KB | Audio |
| markveazey@KaZaA | Greatest Hits - 911.mp3 | Wyclef Jean | 2,295KB | Audio |
| markveazey@KaZaA | T.I. Rubberbandman.wma | TI | 2,752KB | Audio |
| markveazey@KaZaA | Drop it like its hot - Snoop Dogg ft Pharell.MP3 | Snoop Dogg | 5,513KB | Audio |
| markveazey@KaZaA | Jerkey Boys- 911 call from phone booth.mp3 | Jerky Boys | 816KB | Audio |
| markveazey@KaZaA | Greatest Hits - Wyclef Jean - 911 - 6.mp3 | Wyclef Jean | 2,830KB | Audio |
| markveazey@KaZaA | Steve Azar - Waitin' On Joe.mp3 | Steve Azar | 3,854KB | Audio |
| markveazey@KaZaA | Rascal Flats - I'm Moving On.mp3 | Rascall Flatts | 3,826KB | Audio |
| markveazey@KaZaA | Bob Mcgraw The cowboy In me.mp3 | Tim Mcgraw | 3,820KB | Audio |
| markveazey@KaZaA | Tim McGraw - Back When.mp3 | Tim McGraw | 4,677KB | Audio |
| markveazey@KaZaA | Shania Twain with Billy Currington - Party For Two-excellen... | Shania Twain | 4,832KB | Audio |
| markveazey@KaZaA | shania twain ft. billy currington - party for two.mp3 | Shania Twain | 3,070KB | Audio |
| markveazey@KaZaA | Shania Twain ft. Billy Currington - Party For Two .mp3 | Shania Twain | 4,831KB | Audio |
| markveazey@KaZaA | 2 - I Miss Me.mp3 | Brad Cotter | 2,250KB | Audio |
| markveazey@KaZaA | Rascall Flats This Everyday Love.mp3 | Rascall Flatts | 2,901KB | Audio |
| markveazey@KaZaA | Rascal Flats - While You Loved Me.mp3 | Rascall Flatts | 3,300KB | Audio |
| markveazey@KaZaA | Kenny Chesney - Back Were I Come From.mp3 | Kenney Chesney | 2,784KB | Audio |
| markveazey@KaZaA | Clay Walker - If I Could Make A Living.mp3 | Clay Walker | 1,051KB | Audio |
| markveazey@KaZaA | Arron Tippin - Kiss This.mp3 | Aaron Tippin | 4,116KB | Audio |
| markveazey@KaZaA | Brad Cotter I Meant to.mp3 | Brad Cotter | 3,672KB | Audio |
| markveazey@KaZaA | shania twain and billy currington - party for two.mp3 | Shania Twain | 4,577KB | Audio |
| markveazey@KaZaA | Arron Tippin - Kiss This (1).MP3 | Aaron Tippin | 2,396KB | Audio |
| markveazey@KaZaA | Doug Stone - In A Different Light - Greatest Hits - 6.mp3 | Doug Stone | 1,681KB | Audio |
| markveazey@KaZaA | Juice Newton - Queen of Hearts (1).mp3 | Juice Newton | 3,460KB | Audio |

2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Found 670 files