IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM PATTERSON,<br><br>Defendant. | Civil Action. No. 3:05-cv-00595-WHA-DRB |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs ask this Court for an additional 60 days to serve the Defendant with the Summons and Complaint. In support, Plaintiffs state as follows:

1. The Plaintiffs filed their Complaint on June 24, 2005. At the time of the filing, Plaintiffs immediately engaged a process server to serve the Defendant with process.

2. The process server attempted to serve the Defendant at the address listed on the Summons, but was advised by a current occupant that the Defendant no longer resides there. Plaintiffs then conducted an investigation and located an alternative address for the defendant. Plaintiffs recently had the Court issue an alias summons. Plaintiffs are currently

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 2005

_____
UNITED STATES DISTRICT JUDGE

162190.1