AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**UNITED STATES DISTRICT COURT**
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARISTA RECORDS,

v.

WILLIAM PATTERSON.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05-CV-595

TO:  William Patterson
4103 Joshua Lane, Apt. F
Tuskegee, AL 36083

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Leslie E. Williams
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Will C. P._
(BY) DEPUTY CLERK

10/19/05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 11/1/05 |
| NAME OF SERVER (PRINT) JONATHAN LEDBETTER | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: ADDRESS ON SUBPOENA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/1/05
                Date            Signature of Server

3503 MARVYN PKY LOT #18C
Address of Server
OPELIKA AL, 36804

RETURNED AND FILED

NOV - 3 200

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF AL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.