IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, LLC, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 3:05cv595-A |
| | ) |
| WILLIAM PATTERSON, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the court on the Notice of Appearance and Withdrawal (Doc. #9), filed by Kelly F. Pate on November 22, 2005.  To the extent that this document contains a notice of appearance or motion for leave to appear as additional counsel, it is proper and the Clerk of Court will add Kelly F. Pate as additional counsel of record.  To the extent that this document also attempts to serve as a motion by Kelly F. Pate to withdraw the appearance of another attorney, Leslie E. Williams, it is improper.  Kelly F. Pate cannot move to withdraw the appearance of Leslie E. Williams.  Leslie E. Williams must file such a motion herself if she no longer is counsel of record in this matter.  Accordingly, the motion to withdraw the appearance of Leslie E. Williams is DENIED.

DONE this 30th day of November, 2005.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE