IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED 2005 NOV 30 P 2:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| ARISTA RECORDS, LLC, et al. | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  CASE NO. 3:05cv595-A |
| | ) |
| WILLIAM PATTERSON, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW

Leslie E. Williams moves this Court to allow her to withdraw as counsel for the plaintiffs in the above-referenced matter as she is no longer employed with the law firm of Balch & Bingham LLP. The plaintiffs will continue to be represented by Dorman Walker and Kelly F. Pate of Balch & Bingham, LLP.

_Leslie E. Williams_
Leslie E. Williams

OF COUNSEL:
Dorman Walker (WAL086)
Kelly F. Pate (FIT014)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101-0078
334/834-6500 (telephone)
334/269-3115 (fax)

**MOTION GRANTED**
SO ORDERED
THIS 6th DAY OF Dec, 2005
_____
UNITED STATES DISTRICT JUDGE

163081.1