IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation,<br><br>      Plaintiffs<br><br>v.<br><br>WILLIAM PATTERSON<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:05-cv-595-A<br>)<br>)<br>)<br>)<br>) |

ENTRY OF DEFAULT

It appearing that defendant William Patterson, was duly served with a copy of the summons and complaint on November 1, 2005, as set out in the affidavit of Kelly F. Pate, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on December 13, 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, William Patterson.

DONE THIS  29th  day of  December, 2005  .


                            /s/ Debra P. Hackett
                            DEBRA P. HACKETT
                            CLERK, UNITED STATES DISTRICT COURT
                            MIDDLE DISTRICT OF ALABAMA