**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 19, 2005

# NOTICE OF DOCKETING ERROR

To:     ALL COUNSEL OF RECORD

**Case Style:   Arista Records LLC et al v. William Patterson**

**Case Number:    3:05cv595-A**

**Docket Entry:   #14**

**The above referenced Clerk's Entry of Default was filed this date however the document shows a file date of 12/29/2005. This docket entry is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**

A Corrected Clerk's Entry of Default was filed this date as document #15.