IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM PATTERSON, <br><br> Defendant. | Civil Action No.: 3:05-cv-00595-WHA-DRB |

**NOTICE OF ENTRY OF DEFAULT BY CLERK**

TO DEFENDANT:

PLEASE TAKE NOTICE that, on December 19, 2005 the Clerk of the Court entered the default of Defendant. A copy of the Entry of Default is attached hereto as Exhibit A, and incorporated herein by this reference.

DATED: December 19, 2005    By: /s/ Kelly F. Pate
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

Case 3:05-cv-00595-WHA-DRB    Document 15    Filed 12/19/2005    Page 1 of 1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ARISTA RECORDS, LLC, a Delaware limited    )
liability company; BMG MUSIC, a New York    )
general partnership; UMG RECORDINGS,    )
INC., a Delaware corporation; CAPITOL    )
RECORDS, INC., a Delaware corporation; and )
ELEKTRA ENTERTAINMENT GROUP, INC.,    )
a Delaware corporation,    )
                                                                           )
   Plaintiffs                                                         )
                                                                           )
v.                                                                       )    Civil Action No. 3:05-cv-595-A
                                                                           )
WILLIAM PATTERSON                                  )
                                                                           )
   Defendant.                                                      )
                                                                           )

## ENTRY OF DEFAULT

It appearing that defendant William Patterson, was duly served with a copy of the summons and complaint on November 1, 2005, as set out in the affidavit of Kelly F. Pate, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on December 13, 2005, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, William Patterson.

DONE THIS  19th  day of  December, 2005 .

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA


EXHIBIT A

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing on opposing counsel by placing a coy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

William Patterson
4103 Joshua Lane, Apt. F
Tuskegee, AL 36083

This the 19th day of December, 2005.

/s/ Kelly F. Pate
Of Counsel