IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WILLIAM PATTERSON,<br><br>　　　　Defendant. | Civil Action No.: 3:05-cv-00595-WHA-DRB |

## DECLARATION OF KELLY F. PATE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT

I, Kelly F. Pate, declare:

1.  I am an attorney at law licensed to practice before the Courts of the State of Alabama and this United States District Court. I am an attorney in the law firm of Balch & Bingham LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.  On June 24, 2005, Plaintiffs filed the Complaint. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint.



EXHIBIT A

3.         On December 19, 2005, the Clerk of this Court entered the default of Defendant. Attached hereto as Exhibit 2 is a true and correct copy of the Default By Clerk.

4.         Defendant has not appeared in this action.

5.         I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6.         Plaintiffs have incurred costs in this case in the amount of $357.40.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of January, at 3:40 p.m.

_____
Kelly F. Pate