OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

**ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,**

V.

**WILLIAM PATTERSON**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 3:05cv595-B

TO:
**WILLIAM PATTERSON**
**303 Gautier Street, Apt. B**
**Tuskegee, AL 36083**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

**Dorman Walker (Bar # WAL086)**
**Leslie E. Williams (Bar # WIL318)**
**BALCH & BINGHAM LLP**
**2 Dexter Avenue**
**P.O. Box 78 (36101)**
**Montgomery, Alabama 36104**
**Telephone: (334) 834-6500**
**Fax: (334) 269-3115**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK



OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served: ______________________

G Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

G Returned unexecuted: ______________________

G Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________
Date Signature of Server

______________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

**ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.**

**(b)** County of Residence of First Listed Plaintiff **NEW YORK, NEW YORK**
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

**WILLIAM PATTERSON**

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED
2005 JUN 24 A 8: 48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

(c) Attorney's (Firm Name, Address, and Telephone Number)
**Dorman Walker (Bar # WAL086) Telephone: (334) 834-6500**
**Leslie E. Williams (Bar # WIL318)**
**BALCH & BINGHAM LLP**
**2 Dexter Avenue**
**P.O. Box 78 (36101)**
**Montgomery, Alabama 36104**

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)

(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an 'X' in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities-Employment
- ☐ 446 Amer. w/Disabilities-Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW 405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**)
*17 U.S.C. § 501 et seq.*

**Brief description of the cause:** copyright infringement

## VII. REQUESTED IN COMPLAINT

☐ **CHECK IF THIS IS A CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** Statutory damages; injunction
CHECK YES only if demanded in complaint
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)
JUDGE ________ DOCKET NUMBER ________

DATE 6/24/05
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT# ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 JUN 24 A 8:48
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation, Plaintiffs, vs. WILLIAM PATTERSON, Defendant. | ) | Civil Action No.: ______ |

# COMPLAINT FOR COPYRIGHT INFRINGEMENT

COME NOW the Plaintiffs and File this Complaint for Copyright Infringement and would show unto the Court the following:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. §101, et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101, et seq.; 28 U.S.C. §1331 (federal question); and 28 U.S.C. §1338(a) (copyright).

3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

**PARTIES**

4. Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5. Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

6. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

7. Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8. Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

10. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14. Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by Defendant.

15. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

16. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17

U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED: 6/24/05

Dorman Walker (Bar # WAL086)
Leslie E. Williams (Bar # WIL318)
BALCH & BINGHAM LLP
2 Dexter Avenue
P.O. Box 78 (36101)
Montgomery, Alabama 36104
Telephone: (334) 834-6500
Fax: (334) 269-3115

ATTORNEYS FOR PLAINTIFFS

# EXHIBIT A

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |

# EXHIBIT B

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Party For Two (3) (2).mp3 | Shania Twain | 3,287KB | Audio |
| markveazey@KaZaA | T.I. - Bring Em Out.mp3 | T.I. | 3,384KB | Audio |
| markveazey@KaZaA | Crime Mob -White Tee.wma | crime mob | 8,278KB | Audio |
| markveazey@KaZaA | t.i. - you dont know me.mp3 | T.I. | 5,094KB | Audio |
| markveazey@KaZaA | Dem Franchise Boyz - In My Throwback (1).mp3 | Chevy Ali | 4,429KB | Audio |
| markveazey@KaZaA | 11 - The Chance.mp3 | Julie Roberts | 3,374KB | Audio |
| markveazey@KaZaA | R Kelly - Feelin On Your Booty Remix.mp3 | R. Kelly | 2,315KB | Audio |
| markveazey@KaZaA | Electronica.kpl | Unknown | 0KB | |
| markveazey@KaZaA | Usher - Nice and slow.mp3 | Usher | 2,370KB | Audio |
| markveazey@KaZaA | Petey Pablo ft Rasheeda - Vibrate.mp3 | Petey Pablo | 2,755KB | Audio |
| markveazey@KaZaA | my pink tee.mp3 | 3 | 3,263KB | Audio |
| markveazey@KaZaA | Ciara Ft. Petey Pablo Goodies.mp3 | Keysha | 3,473KB | Audio |
| markveazey@KaZaA | Kingpin Skinny Pimp feat Yo Gotti - TVs.mp3 | 3 | 4,016KB | Audio |
| markveazey@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 3,889KB | Audio |
| markveazey@KaZaA | (146)50 Cent - In Da Club.mp3 | 50 Cent | 5,160KB | Audio |
| markveazey@KaZaA | Trisha Yearwood - XXX's And OOO's (An American Girl).mp3 | Trisha Yearwood | 3,906KB | Audio |
| markveazey@KaZaA | Dixie Chicks - Wide Open Spaces.mp3 | Dixie Chicks | 3,492KB | Audio |
| markveazey@KaZaA | 1 Country - Faith Hill - She's A Wild One.mp3 | Faith Hill | 2,512KB | Audio |
| markveazey@KaZaA | David Allen Coe - Jack Daniels If You Please .mp3 | David Allen Coe | 1,341KB | Audio |
| markveazey@KaZaA | Sugarland - Baby Girl.mp3 | sugarland | 3,824KB | Audio |
| markveazey@KaZaA | A Sad Country Song.mp3 | David Allen Coe | 2,394KB | Audio |
| markveazey@KaZaA | randy travis - Forever Amen.mp3 | Randy Travis | 3,342KB | Audio |
| markveazey@KaZaA | Much Too Young.mp3 | Garth Brooks | 2,104KB | Audio |
| markveazey@KaZaA | David Alan Coe - The Ride.mp3 | David Allen Cole | 2,208KB | Audio |
| markveazey@KaZaA | Lynard Sknard - Freebird.mp3 | Lynyrd Skynyrd | 3,439KB | Audio |
| markveazey@KaZaA | Trick Pony - On A Mission.mp3 | Trick Pony | 2,838KB | Audio |
| 2 Users | Garth Brooks - The River.mp3 | garth brooks | 4,168KB | Audio |
| markveazey@KaZaA | 02 - You Do Your Thing.mp3 | Montgomery Gentry | 2,618KB | Audio |
| markveazey@KaZaA | Travis Tritt - I Don't Love You Anymore.mp3 | Travis Tritt | 2,661KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Travis Tritt - I Don't Love You Anymore.mp3 | Travis Tritt | 2,661KB | Audio | Travis Tr |
| markveazey@KaZaA | Alannah Myles - Black Velvet.wma | Alannah Myles | 2,285KB | Audio | |
| markveazey@KaZaA | Country State of Mind.mp3 | Williams Hank Jr | 3,706KB | Audio | Co |
| markveazey@KaZaA | usher - You Remind Me.mp3 | usher-01-u_remind_me(r... | 1,954KB | Audio | ush |
| markveazey@KaZaA | cheetah girls 2.kpl | raven | 0KB | | |
| markveazey@KaZaA | Reggae.kpl | Unknown | 0KB | | |
| 2 Users | David Allan Coe - A sad country song.mp3 | David Allen Coe | 2,264KB | Audio | |
| markveazey@KaZaA | Alternative Rock.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | Trick Pony - Just What.mp3 | Trick Pony | 3,158KB | Audio | |
| markveazey@KaZaA | Trick Pony Pour Me.mp3 | Trick Pony | 2,632KB | Audio | |
| markveazey@KaZaA | Aaron Carter - Arron's Party[Come And Get It].mp3 | Aaron Carter | 3,550KB | Audio | Aaron Cart |
| markveazey@KaZaA | R Kelly - I Believe I Can Fly.mp3 | R Kelly | 5,032KB | Audio | R Kelly - |
| 2 Users | Seether featuring Amy Lee - Broken (1).wma | Seether featuring Amy Lee | 4,048KB | Audio | |
| markveazey@KaZaA | Ignition.mp3 | R. Kelly | 4,304KB | Audio | |
| markveazey@KaZaA | ashanti-03-happy-(MP3 - 4 - LIFE).mp3 | Ashanti | 4,104KB | Audio | |
| markveazey@KaZaA | World Beat.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | Funk.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | Folk.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | Garth Brooks-Rodeo.mp3 | Garth Brooks | 2,680KB | Audio | |
| markveazey@KaZaA | oh Arron.mp3 | Aaron Carter | 2,899KB | Audio | |
| markveazey@KaZaA | Allen Jackson - Little Bitty.mp3 | Allen Jackson | 2,396KB | Audio | Allen J |
| markveazey@KaZaA | Seether featuring Amy Lee - Broken (4).aac | Seether featuring Amy Lee | 4,048KB | | |
| markveazey@KaZaA | lil romeo-2 way.mp3 | lil romeo | 3,491KB | Audio | |
| markveazey@KaZaA | Thats So Raven(Raven Symone) (1).mp3 | Unknown | 702KB | Audio | Thats So Ra |
| markveazey@KaZaA | kmd210_en.exe | Sharman Networks Ltd | 3,974KB | Software | Kazaa |
| markveazey@KaZaA | Hip-Hop.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | Jazz.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | Pop Rock.kpl | Unknown | 0KB | | |
| markveazey@KaZaA | RB.kpl | Unknown | 1KB | | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | RB.kpl | Unknown | 1KB | |
| markveazey@KaZaA | Lil Romeo-2 Way(2).mp3 | Lil Romeo | 3,258KB | Audio |
| markveazey@KaZaA | 09 Step Daddy - Hitman Sammy Sam.mp3 | Hitman Sammy Sam | 3,249KB | Audio |
| markveazey@KaZaA | Chingy - Right Thuur RMX.mp3 | A+ | 2,848KB | Audio |
| markveazey@KaZaA | Usher - U Got It Bad.MP3 | Usher | 1,188KB | Audio |
| 2 Users | Tim Mcgraw - Don't Take The Girl (1).mp3 | Tim Mcgraw | 3,893KB | Audio |
| markveazey@KaZaA | Phil Vassar - Carlene.mp3 | Phil Vassar | 3,621KB | Audio |
| markveazey@KaZaA | Chris_Neef - Back Down .mp3 | back down | 4,174KB | Audio |
| markveazey@KaZaA | Monica - So Gone (2).mp3 | monica | 4,099KB | Audio |
| markveazey@KaZaA | js-icecream.wma | JS | 1,614KB | Audio |
| markveazey@KaZaA | Mary J Blige - Rainy Dayz.mp3 | Rainy Dayz | 1,625KB | Audio |
| markveazey@KaZaA | Cheetah Sisters (4).kpl | The Cheetah Girls | 0KB | |
| markveazey@KaZaA | Hank Williams, Jr - Simple Man.mp3 | Lynard Skynard | 4,580KB | Audio |
| markveazey@KaZaA | kevin denney - Thats Just Jesse.mp3 | Kevin Denney | 3,489KB | Audio |
| markveazey@KaZaA | Cheetah Sisters.kpl | The Cheetah Girls | 0KB | |
| markveazey@KaZaA | TV themes - Tale Spin.mp3 | TV Show Theme Songs | 2,222KB | Audio |
| 2 Users | Dierks Bentley - What Was I thinking.mp3 | A+ | 3,594KB | Audio |
| markveazey@KaZaA | Kevin Denney Cadillac Tears.mp3 | Craig Morgan | 2,801KB | Audio |
| markveazey@KaZaA | 12.The Naked Mole Rap.wma | Kim Possible | 1,647KB | Audio |
| markveazey@KaZaA | Kim Possible - Naked Mole Rap (1).mp3 | A+ | 1,236KB | Audio |
| markveazey@KaZaA | 3lw - NO MORE (1).mp3 | 3LW | 2,885KB | Audio |
| markveazey@KaZaA | Dierks Bentley - What was I Thinkin'.MP3 | Dierks Bentley | 3,594KB | Audio |
| markveazey@KaZaA | dtentboys_dig-it_1500k.mov | Unknown | 11,422KB | Video |
| markveazey@KaZaA | theme songs.kpl | Raven | 1KB | |
| markveazey@KaZaA | Master p - OooHhhWwwEee.mp3 | Craig Morgan | 1,671KB | Audio |
| markveazey@KaZaA | Even Stevens - we went to the moon in 1969.mp3 | Disney | 2,297KB | Audio |
| markveazey@KaZaA | country Brad Paisley - Don't Laugh At Me (3).mp3 | Brad Pasley | 3,436KB | Audio |
| markveazey@KaZaA | 08-trap muzik-kind uda souf-trap muzik.mp3 | t.i. | 3,559KB | Audio |
| markveazey@KaZaA | Alan Jackson _Jimmy Buffett - It's Five O'clock Somewhere... | A+ | 3,128KB | Audio |

Chingy
Mary
Dierks Bent
Kim Possible
dten
we went
Alan Jack

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Alan Jackson _Jimmy Buffett - It's Five O'clock Somewhere... | A+ | 3,128KB | Audio | Alan Jacks |
| markveazey@KaZaA | Tracy Bird - Holding Heaven.wma | A | 1,190KB | Audio | |
| markveazey@KaZaA | Various Artists - Get the Party Started.mp3 | Kids Bop 2 | 3,119KB | Audio | Ge |
| markveazey@KaZaA | christina milian-call me, beep me-(1)(1) (1).mp3 | Kim Possible | 2,174KB | Audio | |
| markveazey@KaZaA | mj.wav | A+ | 1,294KB | Audio | |
| markveazey@KaZaA | Tracy Bird - Too Much Fun.MP3 | Tracy Byrd | 1,984KB | Audio | Tracy B |
| 2 Users | Proto Zoa - My Super Nova Girl (1).mp3 | Disney | 1,446KB | Audio | |
| markveazey@KaZaA | perfectday (3).mp3 | A+ | 1,353KB | Audio | |
| markveazey@KaZaA | Tracy Byrd - Mossy Oak Song.mp3 | Tracy Byrd | 3,313KB | Audio | |
| markveazey@KaZaA | Simon and Milo - Get a Clue (1).mp3 | no artist | 2,098KB | Audio | |
| 2 Users | Proud Family.mp3 | Destiny's Child | 1,359KB | Audio | |
| 2 Users | Drop It Like Its Hot.mp3 | 3 | 4,488KB | Audio | |
| markveazey@KaZaA | (7) The Math.mp3 | A+ | 3,111KB | Audio | |
| markveazey@KaZaA | 08-young_chris_and_neef-rich_girl.mp3 | Young Gunz | 2,079KB | Audio | |
| markveazey@KaZaA | Reba Macentire - Night the Lights Went Out In Georgia (1)... | Reba Macentire | 1,956KB | Audio | Night the Lights Went |
| markveazey@KaZaA | toby keith - cowboy up.mp3 | Toby Kieth | 2,766KB | Audio | |
| markveazey@KaZaA | Paint_Me_A_Birmingham.mp3 | Tracy Lawrence | 2,670KB | Audio | Paint |
| markveazey@KaZaA | Dust on the bottle - David Lee Murphy.mp3 | David Lee Murphy | 2,032KB | Audio | A Little |
| markveazey@KaZaA | Buddy Jewell - Sweet Southern Comfort.mp3 | Buddy Jewell | 2,440KB | Audio | Sweet |
| markveazey@KaZaA | Clint Black~Spend My Time.mp3 | Clint Black | 3,681KB | Audio | |
| markveazey@KaZaA | Billy Currington - 01 - I Got A Feelin'.mp3 | Billy Currington | 3,039KB | Audio | |
| markveazey@KaZaA | Billy Currington - 07 - Time With You .mp3 | Billy Currington | 3,522KB | Audio | |
| markveazey@KaZaA | Raven - Superstition (1).mp3 | Raven | 3,018KB | Audio | |
| markveazey@KaZaA | Desperado.mp3 | Garth Brooks | 2,710KB | Audio | |
| markveazey@KaZaA | Tim Mgraw--Green grass grows.mp3 | Tim McGraw | 1,637KB | Audio | Where the |
| markveazey@KaZaA | Eagles - Desperado.mp3 | The Eagles | 2,970KB | Audio | |
| markveazey@KaZaA | gary Allen Songs About Rain.mp3 | Gary Allan | 3,125KB | Audio | |
| markveazey@KaZaA | one boy and one girl.mp3 | JOHN Micheal montgomery | 3,840KB | Audio | Or |
| markveazey@KaZaA | kenny chesney-when the sun goes down-track 2.mp3 | kenny chesney | 2,031KB | Audio | kenny chesney-when the su |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | kenny chesney-when the sun goes down-track 2.mp3 | kenny chesney | 2,031KB | Audio | kenny chesney-when the sun |
| markveazey@KaZaA | Tracy Bird - We're From The Country.mp3 | Tracy Byrd | 2,934KB | Audio | We'r |
| markveazey@KaZaA | kenny chesney-when the sun goes down-track 17.mp3 | kenny chesney | 1,096KB | Audio | kenny chesney-when the sun |
| markveazey@KaZaA | John Michael Montgomery - Letters From Home.mp3 | John Micheal Montgomery | 4,115KB | Audio | |
| markveazey@KaZaA | Alan Jackson - Its alright to be a Redneck.MP3 | Allan Jackson | 2,563KB | Audio | Its Alri |
| markveazey@KaZaA | Joe Diffie - John Deere Green.mp3 | Joe Diffie | 3,729KB | Audio | |
| markveazey@KaZaA | 11 - Somebody.mp3 | Reba McEntire | 2,716KB | Audio | |
| markveazey@KaZaA | Kenney Chesney--I Lost It.mp3 | Kenney Chesney | 3,782KB | Audio | Kenne |
| markveazey@KaZaA | Josh Turner - Long Black Train.mp3 | Josh Turner | 1,229KB | Audio | |
| markveazey@KaZaA | kenny chesney-track 2-When The Sun Goes Down.mp3 | Kenny Chesney | 1,947KB | Audio | kenny chesney-track 2-When |
| markveazey@KaZaA | kenny chesney - We Danced.mp3 | Kenney Chesney | 1,026KB | Audio | |
| markveazey@KaZaA | Hank Williams Jr. - If Heaven Ain't Alot Like Dixie.mp3 | Hank Williams Jr | 2,652KB | Audio | If Heaven |
| markveazey@KaZaA | Darryl Worley Awful Beautiful Life.mp3 | Darryl Worley | 3,124KB | Audio | Darryl Wo |
| 2 Users | Drop It Like Its Hot (4).mp3 | 3 | 3,311KB | Audio | Dro |
| markveazey@KaZaA | clara GOODIES-goodies-omni.mp3 | Ciara | 3,515KB | Audio | |
| markveazey@KaZaA | brad paisley - we danced.mp3 | Brad Paisley | 1,552KB | Audio | brad |
| 2 Users | Drop It Like Its Hot (9).mp3 | 3 | 6,346KB | Audio | Dro |
| markveazey@KaZaA | George Straight - Check Yes Or No.mp3 | George Strait | 2,120KB | Audio | |
| markveazey@KaZaA | Gretchen Wilson - Redneck Woman (1).mp3 | Gretchen Wilson | 3,001KB | Audio | |
| 4 Users | Drop It Like Its Hot (1).mp3 | 3 | 2,861KB | Audio | Dro |
| markveazey@KaZaA | Kenny Chesney Young.mp3 | Kenny Chesney | 2,762KB | Audio | |
| markveazey@KaZaA | George Straight - The Best Day Of My Life.mp3 | A+ | 2,348KB | Audio | George Stra |
| 2 Users | Drop It Like Its Hot (8).mp3 | 3 | 3,532KB | Audio | Dro |
| markveazey@KaZaA | Martina McBride Concrete Angel.MP3 | New Artist (699) | 1,722KB | Audio | Martina Mc |
| markveazey@KaZaA | 'My Place'.url | Unknown | 0KB | | |
| markveazey@KaZaA | Alan Jackson - Chattahoochie.mp3 | Alan Jackson | 3,699KB | Audio | |
| markveazey@KaZaA | pink tee.kpl | Crime Mob | 1KB | | |
| markveazey@KaZaA | 03 When the Sun Goes Down.wma | Kenny Chesney | 4,572KB | Audio | When t |
| markveazey@KaZaA | (George Straight) You Look So Good In Love.mp3 | George Strait | 3,014KB | Audio | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | (George Straight) You Look So Good In Love.mp3 | George Strait | 3,014KB | Audio |
| markveazey@KaZaA | Some old drunk - Redneck.mp3 | A+ | 2,938KB | Audio |
| markveazey@KaZaA | 10 - Track 10.mp3 | Jimmy Wayne | 2,908KB | Audio |
| markveazey@KaZaA | 11 Love Train.mp3 | 3 | 2,666KB | Audio |
| markveazey@KaZaA | Copy of 24's-TI.MP3 | TI | 4,494KB | Audio |
| markveazey@KaZaA | Wynonna - Flies On The Butter .mp3 | Wynonna | 4,225KB | Audio |
| markveazey@KaZaA | yeah djjd instrumental.mp3 | usher | 1,400KB | Audio |
| 2 Users | george strait - amarillo by morning (1).mp3 | George Strait | 2,384KB | Audio |
| markveazey@KaZaA | Ying Yang Twins - Whistle While You Twirk.mp3 | Yin Yang Twinz | 1,778KB | Audio |
| markveazey@KaZaA | outkast - hey ya (2) (4).mp3 | Outkast | 1,455KB | Audio |
| markveazey@KaZaA | 02-trent willmon-dixie rose deluxe-trent willmon.mp3 | Trent Willmon | 6,326KB | Audio |
| markveazey@KaZaA | 911 mp3.wma | 3 | 9KB | Audio |
| markveazey@KaZaA | George Strait -Cheyanne.mp3 | George Straight | 4,001KB | Audio |
| markveazey@KaZaA | Reba McEntire - I'd Rather Ride Around With You.mp3 | Reba McEntire | 3,239KB | Audio |
| markveazey@KaZaA | George Strait - Love Without End, Anem.MP3 | George Straight | 2,921KB | Audio |
| markveazey@KaZaA | trent willmon trent willmon dixie rose deluxe-omni.mp3 | Trent Willmon | 4,336KB | Audio |
| markveazey@KaZaA | Trent Willmon - Beer Man.mp3 | Trent Willmon | 4,932KB | Audio |
| markveazey@KaZaA | Trent Willmon - Dixie Rose Deluxe's Honky Tonk.mp3 | Trent Willmon | 5,431KB | Audio |
| markveazey@KaZaA | Julie Roberts - Break Down Here (1).mp3 | Julie Roberts | 3,896KB | Audio |
| markveazey@KaZaA | Chris Ledoux _Toby Keith - Copenhagen.mp3 | Toby Keith | 2,558KB | Audio |
| markveazey@KaZaA | George Straight - You Look So Good In Love.mp3 | George Strait | 2,734KB | Audio |
| markveazey@KaZaA | 05 - Perfect.mp3 | Sara Evans | 2,898KB | Audio |
| markveazey@KaZaA | Waylon Jennings - Good ol Boys.MP3 | Waylon Jennings | 956KB | Audio |
| markveazey@KaZaA | HANK WILLIAMS JR. - TOBACCO ROAD.MP3 | Hank Williams | 2,163KB | Audio |
| markveazey@KaZaA | Mary Chapin-down at the twist and shout.mp3 | Mary Chapin | 3,518KB | Audio |
| markveazey@KaZaA | AMARILLO BY MORNING_GEORGE STRAIT.mp3 | George Strait | 4,417KB | Audio |
| markveazey@KaZaA | Waylon Jennings - Amanda.mp3 | Waylon Jennings | 2,112KB | Audio |
| markveazey@KaZaA | Merle Haggard - Good Ole Boys.mp3 | Waylon Jennings | 2,068KB | Audio |
| markveazey@KaZaA | 02 - Whiskey Girl.mp3 | Toby Keith | 2,816KB | Audio |

Some | Wynonna | Rather Ri | Love | Dixie Rose D | Chris Ledo | Waylon Jen | down at | AMA

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | 02 - Whiskey Girl.mp3 | Toby Keith | 2,816KB | Audio | |
| 2 Users | george strait - amarillo by morning (0) (0).mp3 | George Strait | 2,724KB | Audio | |
| 2 Users | If Tomorrow Never Comes - George Strait.mp3 | George Strait | 3,378KB | Audio | If Tomo |
| markveazey@KaZaA | 24 24 (1).wma | A+ | 2,241KB | Audio | |
| markveazey@KaZaA | Garth Brooks - Shameless.mp3 | Garth Brooks | 1,653KB | Audio | |
| markveazey@KaZaA | The Jenkins - Blame It On Mama.mp3 | The Jenkins | 3,399KB | Audio | |
| markveazey@KaZaA | Every Light In The House Is On.mp3 | Trace Adkins | 2,808KB | Audio | Every ligh |
| markveazey@KaZaA | Carolyn Dawn Johnson - Simple Life.mp3 | Carolyn Dawn Johnson | 3,308KB | Audio | |
| markveazey@KaZaA | david lee murphy - party crowd (1).mp3 | David Lee Murphy | 3,063KB | Audio | |
| markveazey@KaZaA | Dem Franchize Boyz - In My Pink Tee.wma | A+ | 1,431KB | Audio | |
| markveazey@KaZaA | Down at the Twist and Shout (Mary Chapin Carpenter).mp3 | Mary Chapin Carpenter | 3,192KB | Audio | Down at the |
| markveazey@KaZaA | Murphy, David Lee - Lookin' For a Party Crowd.mp3 | david lee murphy | 3,100KB | Audio | Murphy, Da |
| markveazey@KaZaA | Rough and Ready.mp3 | Trace Adkins | 2,219KB | Audio | |
| markveazey@KaZaA | Live Like You Were Dying.mp3 | Tim McGraw | 4,496KB | Audio | Live |
| markveazey@KaZaA | Rascal Flats - Mayberry.MP3 | George Strait | 1,857KB | Audio | |
| markveazey@KaZaA | 03 - Loco.mp3 | David Lee Murphy | 2,205KB | Audio | |
| markveazey@KaZaA | Sara Evans - Suds In The Bucket.mp3 | Sara Evans | 3,640KB | Audio | |
| markveazey@KaZaA | I Melt.mp3 | Rascal Flats | 2,755KB | Audio | |
| markveazey@KaZaA | Reba macentire - Fancy.mp3 | Reba McEntire | 4,630KB | Audio | |
| markveazey@KaZaA | Chely Wright - Back Of The Bottom Drawer.mp3 | Chely Wright | 3,578KB | Audio | Back Of |
| markveazey@KaZaA | Feed Jake.mp3 | Pirates of the Mississippi | 5,690KB | Audio | |
| 2 Users | reba mcintire - little rock.mp3 | reba mcintire | 2,933KB | Audio | reba |
| markveazey@KaZaA | Kenny Chesney - I Go Back.mp3 | Kenny Chesney | 4,765KB | Audio | |
| markveazey@KaZaA | Reba Macentire - Fancy (1).mp3 | Reba Macentire | 5,587KB | Audio | Reba |
| markveazey@KaZaA | Reba McIntyre - forever love (2).mp3 | Reba McEntire | 3,616KB | Audio | Reba McIn |
| markveazey@KaZaA | Josh Gracin - I Want to Live.mp3 | Josh Gracin | 3,668KB | Audio | |
| markveazey@KaZaA | George Strait - I Hate Everything.mp3 | George Strait | 3,715KB | Audio | |
| markveazey@KaZaA | Men Don't Change.mp3 | Amy Dalley | 1,422KB | Audio | |
| markveazey@KaZaA | Reba McEntire- What Do You Say.mp3 | Reba Macentire | 2,680KB | Audio | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Reba McEntire- What Do You Say.mp3 | Reba Macentire | 2,680KB | Audio |
| markveazey@KaZaA | kingpin skinny pimp - TV's _Wang.mp3 | Kingpin Skinny Pimp ft. 8B... | 4,096KB | Audio |
| markveazey@KaZaA | BLAKE SHELTON - SOME BEACH.mp3 | Blake Shelton | 3,198KB | Audio |
| markveazey@KaZaA | Lone Star - No News.mp3 | Lone Star | 2,715KB | Audio |
| markveazey@KaZaA | Trick Pony- The Bride.mp3 | Trick Pony | 4,325KB | Audio |
| markveazey@KaZaA | Warren Brothers - Sell A Lot Of Beer.MP3 | Warren Brothers | 5,654KB | Audio |
| markveazey@KaZaA | Keith Whitley - You Say It Best.MP3 | Keith Whitley | 3,435KB | Audio |
| markveazey@KaZaA | Mr. Mom - Lonestar.mp3 | Lonestar | 2,457KB | Audio |
| markveazey@KaZaA | pink tee (1).kpl | Crime Mob | 1KB | |
| markveazey@KaZaA | Joe Diffie - Tougher Than Nails (1).mp3 | Joe Diffie | 2,968KB | Audio |
| markveazey@KaZaA | Lyle Lovett - 04 In My Own Mind.mp3 | Lyle Lovett | 6,572KB | Audio |
| markveazey@KaZaA | Brooks_Dunn - That's What It's All About (1).mp3 | Brooks and Dunn | 4,012KB | Audio |
| markveazey@KaZaA | Clint Black - Killin' Time.mp3 | Clint Black | 2,641KB | Audio |
| 4 Users | Kevin Fowler -- The Lord Loves the Drinkin' Man.mp3 | Kevin Fowler | 4,329KB | Audio |
| markveazey@KaZaA | Drop It Like Its Hot (7).mp3 | 3 | 3,729KB | Audio |
| markveazey@KaZaA | 07 Come Home Soon.mp3 | SHeDAISY | 2,851KB | Audio |
| markveazey@KaZaA | Rascal Flats--Praying For Daylight.mp3 | Rascal Flats | 2,536KB | Audio |
| markveazey@KaZaA | Hank Williams Jr - Gonna Go Hunting Tonight.mp3 | Hank Williams Jr | 1,916KB | Audio |
| markveazey@KaZaA | Country Hits Of The 90's - Feed Jake.mp3 | Feed Jake | 3,738KB | Audio |
| markveazey@KaZaA | Brad Cotter - I Meant To.mp3 | Brad Cotter | 3,178KB | Audio |
| markveazey@KaZaA | Montgomery Gentry - Hillbilly Shoes.mp3 | Montgomery Gentry | 3,013KB | Audio |
| markveazey@KaZaA | Travis Tritt-The Girls Gone Wild.mp3 | Travis Tritt | 5,292KB | Audio |
| markveazey@KaZaA | Alan Jackson-Where Were You (CMA 2001).mp3 | 01 | 2,073KB | Audio |
| markveazey@KaZaA | Diamond Rio - One More Day With You.mp3 | Diamond Rio | 3,427KB | Audio |
| markveazey@KaZaA | Drop It Like Its Hot (1) (2).mp3 | 3 | 4,196KB | Audio |
| markveazey@KaZaA | Rascall Flats - Feels Like Today.mp3 | Rascal Flatts | 2,937KB | Audio |
| markveazey@KaZaA | Lonestar - Not A Day Goes By.mp3 | Lonestar | 2,624KB | Audio |
| markveazey@KaZaA | Kenny Chesney - outta here.mp3 | Kenny Chesney | 2,620KB | Audio |
| markveazey@KaZaA | Garth Brooks - What She's Doing Now.mp3 | Garth Brooks | 3,203KB | Audio |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Garth Brooks - What She's Doing Now.mp3 | Garth Brooks | 3,203KB | Audio | Wh |
| markveazey@KaZaA | Reba McIntyre- On my Own.mp3 | Reba McIntyre | 3,079KB | Audio | |
| markveazey@KaZaA | Reba MacIntire - Starting Over Again.mp3 | Reba MacEntire | 3,924KB | Audio | |
| markveazey@KaZaA | Sawyer Brown - Like A John Deere.mp3 | Sawyer Brown | 2,689KB | Audio | |
| markveazey@KaZaA | Reba Mcintyre- Is There Life Still Out There.MP3 | Reba McEntire | 7,234KB | Audio | Is T |
| markveazey@KaZaA | Sawyer Brown - The Dirt Road.mp3 | Sawyer Brown | 2,016KB | Audio | |
| markveazey@KaZaA | Lyle Lovett - In My Own Mind.mp3 | Lyle Lovett | 3,945KB | Audio | |
| markveazey@KaZaA | Party for Two (5).mp3 | Shania Twain | 2,624KB | Audio | |
| 2 Users | Ricochet - Daddy's Money.mp3 | Cher | 2,866KB | Audio | |
| markveazey@KaZaA | 07 Reba McEntire - He Gets That From Me.mp3 | Reba McEntire | 3,439KB | Audio | He |
| markveazey@KaZaA | Garth Brooks - If Tomarrow Never Comes.mp3 | Garth Brooks | 3,446KB | Audio | If Tomo |
| markveazey@KaZaA | Rehab - Sittin t a Bar.mp3 | Rehab | 2,930KB | Audio | Re |
| 2 Users | Tracy Lawrence - Texas Tornado.mp3 | Tracy Lawrence | 3,268KB | Audio | |
| markveazey@KaZaA | Tracy Byrd - Texas Tornado.mp3 | Unknown | 1,666KB | Audio | Texas |
| markveazey@KaZaA | Garth Brooks - Till the Sun Comes Up.MP3 | Garth Brooks | 4,282KB | Audio | Garth Bro |
| markveazey@KaZaA | Garth Brooks - Two Pina Coladas.mp3 | Garth Brooks | 3,361KB | Audio | Garth Brook |
| markveazey@KaZaA | Garth Brooks - Aint Going Down Till the Sun Comes Up.mp3 | Garth Brooks | 4,282KB | Audio | Ain't Goin |
| markveazey@KaZaA | No Problems.wma | A+ | 2,728KB | Audio | |
| markveazey@KaZaA | Ying Yang Twins - What's Happening.wma | A+ | 2,055KB | Audio | |
| markveazey@KaZaA | Little Texas - Redneck Like Me.mp3 | Little Texas | 3,872KB | Audio | |
| markveazey@KaZaA | Ying Yang Twins - Shake It Like A Salt Shaker.mp3 | 3 | 3,997KB | Audio | Shake |
| markveazey@KaZaA | 62- Sammy Kershaw-She Dont Know Shes Beautiful!!s.mp3 | David Allen Coe | 2,718KB | Audio | |
| markveazey@KaZaA | George Strait - Ocean Front Property in Arizona.mp3 | George Strait | 2,936KB | Audio | Gar |
| markveazey@KaZaA | Big and Rich - Saved.wma | A+ | 4,590KB | Audio | |
| markveazey@KaZaA | Flap Your Wings.mp3 | 3 | 3,696KB | Audio | |
| markveazey@KaZaA | bob seger - Night Move.mp3 | Bob Seger | 5,363KB | Audio | |
| markveazey@KaZaA | 13 - Live This Life (8).mp3 | Big And rich | 7,871KB | Audio | |
| 2 Users | LIVE THIS LIFE.mp3 | 3 | 5,209KB | Audio | |
| markveazey@KaZaA | Big And Rich-Live This Life.wma | A+ | 2,633KB | Audio | |

Found 670 files | 2,719,600 users online, sharing 4,532,998,229 files (67,051,136 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| markveazey@KaZaA | Big And Rich-Live This Life.wma | A+ | 2,633KB | Audio | |
| markveazey@KaZaA | 13 live this life (6).wma | 3 | 6,546KB | Audio | |
| markveazey@KaZaA | Big and Rich - Love Train.mp3 | 3 | 5,373KB | Audio | |
| 2 Users | Rascall Flats - These Days (1).mp3 | Rascal Flatts | 3,390KB | Audio | |
| markveazey@KaZaA | Live This Life (2).mp3 | 3 | 3,909KB | Audio | |
| markveazey@KaZaA | Shania Twain ft.mp3 | Shania Twain | 3,070KB | Audio | Shania Twain ft. Billy Curring |
| markveazey@KaZaA | Rascall Flatts--Praying For Daylight.mp3 | Rascal Flats | 2,168KB | Audio | |
| markveazey@KaZaA | Josh Gracin - Nothin' to Lose.mp3 | Josh Gracin | 3,730KB | Audio | |
| markveazey@KaZaA | Billy Currington - I Got a Feelin'.mp3 | Billy Currington | 4,559KB | Audio | |
| markveazey@KaZaA | Clint Black - Summer's Coming.mp3 | Clint Black | 2,688KB | Audio | |
| markveazey@KaZaA | feels like today.mp3 | rascal flats | 3,258KB | Audio | |
| markveazey@KaZaA | trace adkins-Im trying.mp3 | Trace Adkins | 4,444KB | Audio | |
| markveazey@KaZaA | Reba McIntyre - If You Only Knew.mp3 | Reba Mcentire | 2,989KB | Audio | |
| markveazey@KaZaA | Reba McEntire - You Lie.mp3 | Reba McEntire | 2,324KB | Audio | |
| markveazey@KaZaA | Brad Paisley-She Said Yes.mp3 | Brad Paisley | 2,066KB | Audio | |
| markveazey@KaZaA | David Allan Coe - Dear Penis.mp3 | David Allen Coe | 1,400KB | Audio | |
| markveazey@KaZaA | Bob and Tom - Dear Penis.mp3 | Bob and Tom | 880KB | Audio | |
| markveazey@KaZaA | Arron Tippon - You've Got To Stand For Something.mp3 | Aaron Tippin | 2,825KB | Audio | You've |
| markveazey@KaZaA | When I Think About Cheatin' (1).mp3 | Gretchen Wilson | 4,071KB | Audio | When I T |
| 2 Users | Garth Brooks - Papa Loved Mama.mp3 | Garth Brooks | 2,690KB | Audio | |
| markveazey@KaZaA | Party for Two (1).mp3 | Shania Twain | 4,599KB | Audio | |
| markveazey@KaZaA | Party for Two.mp3 | Shania Twain | 3,073KB | Audio | |
| markveazey@KaZaA | party for two greatest hits SHANIA TWAIN.mp3 | Shania Twain | 4,891KB | Audio | party for two greatest |
| markveazey@KaZaA | Tim Mcgraw - I'm Amazed By You.mp3 | Lonestar | 3,658KB | Audio | |
| markveazey@KaZaA | When I Think About Cheatin'.mp3 | Gretchen Wilson | 5,868KB | Audio | When I T |
| markveazey@KaZaA | Garth Brooks - The Dance.mp3 | Garth Brooks | 3,446KB | Audio | |
| markveazey@KaZaA | 14- I Can't Sleep- Clay Walker (1) (1).wma | Clay Walker | 1,915KB | Audio | |
| markveazey@KaZaA | Party for Two (2).mp3 | Shania Twain | 8,428KB | Audio | |
| markveazey@KaZaA | R. Kelly - Ignition (Remix).wma | R. Kelly | 2,231KB | Audio | |

Found 670 files | 2,719,600 users online, sharing 1,532,998,229 files (57,051,136 GB) | Not sharing any files