Exhibit 1

Continued

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

View search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | R. Kelly - Ignition (Remix).wma | R. Kelly | 2,231KB | Audio |
| markveazey@KaZaA | Usher - You Make Me Wanna (1).mp3 | Usher | 3,007KB | Audio |
| 2 Users | Nelly Feat (1).mp3 | Nelly Feat. Tim McGraw | 3,973KB | Audio |
| markveazey@KaZaA | you make me wanna.mp3 | Usher | 3,049KB | Audio |
| markveazey@KaZaA | Lynyrd Skynyrd - Sweet Home Alabama.mp3 | Lynyrd Skynyrd | 4,456KB | Audio |
| markveazey@KaZaA | Ashanti- Happy (Club Mix Remix).mp3 | 3 | 5,075KB | Audio |
| markveazey@KaZaA | 08-camron-break_and_pink_tee_the_answer_to_white_ta... | camron. | 3,071KB | Audio |
| markveazey@KaZaA | Brad Paisley - Celebrity.mp3 | Brad Paisley | 3,562KB | Audio |
| markveazey@KaZaA | Cadilacs on 22's.mp3 | Kenny Chesney | 3,075KB | Audio |
| markveazey@KaZaA | Youngbloodz-CadillacPimpin.mp3 | Youngbloodz | 5,863KB | Audio |
| markveazey@KaZaA | 50 Cent-Get Rich Or Die Tryin-p.i.m.p.-Full Version.mp3 | 50 Cent | 3,419KB | Audio |
| markveazey@KaZaA | Lil' Jon_The Eastside Boyz - Kings of Crunk - 19 - Get Low... | Lil' Jon_The Eastside Bo... | 5,222KB | Audio |
| markveazey@KaZaA | nelly- my place.mp3 | Nelly, Jaheim | 5,278KB | Audio |
| markveazey@KaZaA | Petey Pablo - Freek A Leek.mp3 | Petey Pablo | 3,622KB | Audio |
| markveazey@KaZaA | Hank Williams Jr. - A Country Boy Can Survive.mp3 | Rascal Flatts | 3,920KB | Audio |
| markveazey@KaZaA | flap your wings-sweat, NELLY-wcr.mp3 | Nelly | 1,219KB | Audio |
| markveazey@KaZaA | Fat Joe f. Ashanti, Ja Rule - What's Love (Got To Do With I... | Fat Joe F/ Ashanti, Ja Rule | 4,176KB | Audio |
| 2 Users | 50 cent - many men.mp3 | 50 Cent | 3,028KB | Audio |
| markveazey@KaZaA | George Strait - Tell Me Something Bad About Tulsa (1).mp3 | George Strait | 4,702KB | Audio |
| markveazey@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 1,451KB | Audio |
| markveazey@KaZaA | 04 The Woman With You.mp3 | Kenny Chesney | 4,249KB | Audio |
| markveazey@KaZaA | Ginuwine-THE SENIOR-In Those Jeans (2).mp3 | Ginuwine | 3,923KB | Audio |
| 2 Users | shania twain and billy currington - party-for two (2).mp3 | Shania Twain | 4,577KB | Audio |
| markveazey@KaZaA | Garth Brooks - Wild Horses.mp3 | Garth Brooks | 2,964KB | Audio |
| markveazey@KaZaA | Lonestar - What Might Have Been.mp3 | Little Texas | 3,265KB | Audio |
| markveazey@KaZaA | Ashanti ft Gemini - Happy (remix).MP3 | Ashanti feat. C. Baltimore | 1,896KB | Audio |
| markveazey@KaZaA | Alan Jackson - Livin' On Love.mp3 | Alan Jackson | 3,574KB | Audio |
| markveazey@KaZaA | Byrd, Tracy - The Truth About Men [Feat. Guest Vocal.mp3 | TM Century PrimeCuts 50... | 2,883KB | Audio |
| markveazey@KaZaA | Travis Tritt - Country Ain't Country.mp3 | Travis Tritt | 6,009KB | Audio |

2,749,600 users online  Sharing 1,582,998,229 files (7,451,736 GB) | Not Sharing any files

Case 3:05-cv-00595-WHA-DRB    Document 18-4    Filed 01/26/2006    Page 3 of 24

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell-a-Friend

New search | Download | Search field

| User | Filename | Artist | Size | Media type |
|---|---|---|---|---|
| markveazey@KaZaA | Travis Tritt - Country Ain't Country.mp3 | Travis Tritt | 6,009kB | Audio |
| markveazey@KaZaA | Cledus T. Judd - Bake Me A Country Ham.mp3 | Cledus T. Judd | 3,524kB | Audio |
| markveazey@KaZaA | Cletus T.Judd - I Love Nascar.mp3 | cledus t.judd | 5,812kB | Audio |
| markveazey@KaZaA | Garth Brookes - Shameless.MP3 | Garth Brooks | 3,034kB | Audio |
| markveazey@KaZaA | country - Hank Williams jr.] all my rowdy friends.mp3 | Hank Williams Jr. | 3,063kB | Audio |
| markveazey@KaZaA | Juice Newton - Queen of Hearts.mp3 | Juice Newton | 3,146kB | Audio |
| markveazey@KaZaA | Ashanti - Foolish.mp3 | ashanti Feat. murder Inc | 3,554kB | Audio |
| markveazey@KaZaA | JENNIFER LOPEZ ft. LL COOL J - all I have .mp3 | J.Lo feat. LL Cool J | 3,978kB | Audio |
| markveazey@KaZaA | Darryl Worley - Family Tree.mp3 | Darryl Worley | 3,168kB | Audio |
| markveazey@KaZaA | J.Lo F, Ja rule Aint It Funny remix.mp3 | J.Lo feat. Ja Rule | 3,205kB | Audio |
| markveazey@KaZaA | Jennifer Lopez - I'm real.mp3 | Jennifer Lopez 02 | 4,656kB | Audio |
| markveazey@KaZaA | Garth Brook - Friend In Low Place .mp3 | Garth Brooks | 8,140kB | Audio |
| markveazey@KaZaA | J.Lo - I'm Real_(remix).mp3 | JLo | 4,075kB | Audio |
| markveazey@KaZaA | P.Diddy f. Usher - I Need a Girl.mp3 | P.Diddy f. Usher | 4,260kB | Audio |
| markveazey@KaZaA | Crazy In Love.mp3 | Beyoncé Knowles Feat. J... | 5,571kB | Audio |
| markveazey@KaZaA | Mya-Mood Ring-wo.mp3 | Mya | 3,528kB | Audio |
| markveazey@KaZaA | Dream Street - It Happens Every Time (2).mp3 | DreamStreet | 2,251kB | Audio |
| 2 Users | Monica - So Gone (1).mp3 | Monica | 3,219kB | Audio |
| markveazey@KaZaA | Hilary Duff - Why Not.mp3 | hilary duff | 2,850kB | Audio |
| markveazey@KaZaA | Cletus T Judd- Plowboy.mp3 | Cledus T. Judd | 4,163kB | Audio |
| markveazey@KaZaA | (montgomery_gentry)-my_town.mp3 | Montgomery Gentry | 3,900kB | Audio |
| markveazey@KaZaA | Montgomery Gentry - My Town - 06 - speed-ego.mp3 | Montgomery Gentry | 5,654kB | Audio |
| markveazey@KaZaA | Joe Nichols - When She Drinks.mp3 | Joe Nichols | 5,596kB | Audio |
| markveazey@KaZaA | 245_Lil Bow Wow - Basketball.mp3 | Lil Bow Wow- | 2,973kB | Audio |
| markveazey@KaZaA | Deana Carter - Strawberry Wine.mp3 | Deana Carter | 4,551kB | Audio |
| markveazey@KaZaA | I cant wait remix...Hillary Duff.mp3 | Hilary Duff | 984kB | Audio |
| markveazey@KaZaA | Nitty Gritty Dirt Band - Fishing In the Dark.mp3 | Nitty Gritty Dirt Band | 2,378kB | Audio |
| markveazey@KaZaA | Living And Living Well.mp3 | George Strait | 3,412kB | Audio |
| markveazey@KaZaA | IN Da Club (Beyonce Remix) (1).mp3 | Beyonce Knowles | 3,065kB | Audio |
| | Tob, Kosh, Boo, For Mr. Homeo (work Welle Nelson) (1) m | Tob, Koob | 2,100kB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Hell

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | IN Da Club (Beyonce Remix) (1).mp3 | Beyonce Knowles | 3,065KB | Audio |
| markveazey@KaZaA | Toby Keith - Beer For My Horses (With Willie Nelson) (1).m... | Toby Keith | 3,189KB | Audio |
| markveazey@KaZaA | Travis Tritt - It's a great day  to be alive.mp3 | Travis Tritt | 3,776KB | Audio |
| markveazey@KaZaA | Craig Morgan - Almost Home.mp3 | Craig Morgan | 6,844KB | Audio |
| markveazey@KaZaA | Allen Jackson - Gone Country.mp3 | Allan Jackson | 3,398KB | Audio |
| markveazey@KaZaA | Brooks And Dunn - Red Dirt Road (1).mp3 | Brooks And Dunn | 3,722KB | Audio |
| markveazey@KaZaA | Travis Tritt - Modern Day Bonnie And Clyde.MP3 | Travis Tritt | 4,396KB | Audio |
| markveazey@KaZaA | Cletus T Judd - Please Take The Girl.mp3 | Cletus T. Judd | 3,728KB | Audio |
| markveazey@KaZaA | Travis Tritt - Strong Enough To Be Your Man.mp3 | Travis Tritt | 3,620KB | Audio |
| markveazey@KaZaA | Dig It.mp3 | D Tent Boys | 1,893KB | Audio |
| markveazey@KaZaA | Beyonce Knowles - Baby, Boy (ft. Sean Paul).mp3 | Beyoncé Knowles | 5,362KB | Audio |
| markveazey@KaZaA | Toby Keith - How Do You Like Me Now.mp3 | Toby Keith | 3,264KB | Audio |
| markveazey@KaZaA | three_6_mafia-01-ridin_spinners_ft._lil_flip-rage.mp3 | three '6 mafia | 6,449KB | Audio |
| markveazey@KaZaA | Toby Keith - A Little Less Talk And A Lot More Action.mp3 | Toby Keith | 2,662KB | Audio |
| markveazey@KaZaA | Toby Keith - I'm Just Talking About Tonight.mp3 | Toby Keith | 2,542KB | Audio |
| markveazey@KaZaA | Lil Romeo - My Baby.mp3 | Lil Romeo | 3,520KB | Audio |
| markveazey@KaZaA | ARRON CARTER - I Want Candy.mp3 | Aaron Carter | 2,876KB | Audio |
| markveazey@KaZaA | (Reggae) (Buy Out Riddim) Sean Paul - Like Glue.mp3 | sean paul | 3,448KB | Audio |
| markveazey@KaZaA | Allen Jackson _Jimmy Buffett - Margaritaville.mp3 | Allen Jackson _Jimmy Buf... | 4,476KB | Audio |
| markveazey@KaZaA | Lil Bow Wow - Take Ya Home.MP3 | Lil Bow Wow | 1,632KB | Audio |
| markveazey@KaZaA | Alan Jackson - Pop A Top Again.mp3 | Alan Jackson | 2,914KB | Audio |
| markveazey@KaZaA | Bow-Wow ft. Birdman - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| 2 Users | Ashanti - Rock with you.mp3 | Ashanti | 4,145KB | Audio |
| markveazey@KaZaA | Hank William Jr - Family Tradition .mp3 | Hank Williams Jr | 2,818KB | Audio |
| markveazey@KaZaA | Amanda Perez - Angel.mp3 | Amanda Perez | 3,443KB | Audio |
| markveazey@KaZaA | js-01-ice_cream.mp3 | JS | 4,798KB | Audio |
| markveazey@KaZaA | Simon and Milo - Get a Clue.mp3 | no artist | 3,060KB | Audio |
| markveazey@KaZaA | D Tent Boys-Dig It (1).wav | D-Tent Boys | 667KB | Audio |
| [markveazey@KaZaA | 06: Here Without You.mp3 | 3 Doors Down | 3,263KB | Audio |

Found 670 files.     2,719,600 users online sharing 1,582,998,228 files (57,061,136 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search: | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| markveazey@KaZaA | 06: Here Without You.mp3 | 3 Doors Down | 3,262KB | Audio |
| markveazey@KaZaA | lynard skynyrd - free bird.mp3 | Lynard Skynard | 4,448KB | Audio |
| markveazey@KaZaA | kenny chesney - On The Coast Of Somewhere Beautiful.m... | Kenny Chesney | 3,351KB | Audio |
| markveazey@KaZaA | Tim McGraw - She Thinks My Tractor Is Sexy.mp3 | Kenney Chesney | 3,910KB | Audio |
| markveazey@KaZaA | R. Kelly - Snake (feat. Big Tigger).mp3 | R. Kelly | 2,851KB | Audio |
| markveazey@KaZaA | Lil Jon And Eastside Boyz - Kings Of Crunk [Clean] - 17 - Pl... | Lil Jon and Eastside Boyz | 1,986KB | Audio |
| markveazey@KaZaA | Blake Shelton - Ol' Red .mp3 | Blake Shelton | 3,500KB | Audio |
| markveazey@KaZaA | 01 CD-Track 01.mp3 | R. Kelly | 2,968KB | Audio |
| markveazey@KaZaA | r. kelly - i can't sleep (remix).mp3 | R. Kelly | 2,844KB | Audio |
| markveazey@KaZaA | Young Bloodz feat Lil' Jon - Damn!.mp3 | Youngbloodz | 4,698KB | Audio |
| markveazey@KaZaA | Pharrell ft Jay-Z - Frontin'.mp3 | pharell ft Jay z | 5,207KB | Audio |
| markveazey@KaZaA | 01 - Mya - My love is wow.wav.mp3 | Mya | 4,912KB | Audio |
| markveazey@KaZaA | _INCOMPLETE__ Holes Soundtrack - D-Tent Boys - Dig It... | d-tent boys | 1,125KB | Audio |
| 2 Users | Carter, Arron - Boom, Slam, Slaq (3).mp3 | Aaron Carter | 3,194KB | Audio |
| markveazey@KaZaA | R. Kelly - Down-Low [Explicit Remix].mp3 | R. Kelly | 4,220KB | Audio |
| markveazey@KaZaA | Remixes-R&R-Kelly - Bump N Grind (Remix).mp3 | R. Kelley | 4,170KB | Audio |
| markveazey@KaZaA | Nelly Feat. P. Diddy - Shake Ya Tail Feather.mp3 | Nelly | 4,177KB | Audio |
| markveazey@KaZaA | R@ - R. Kelly - u remind me of my Jeep.mp3 | R Kelly | 2,933KB | Audio |
| markveazey@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow Feat. Baby | 6,029KB | Audio |
| markveazey@KaZaA | RKELLY - your body's calling.mp3 | R. Kelly | 4,240KB | Audio |
| markveazey@KaZaA | 01-mya_feat._missy-my_love_is_like_whoa-cms.mp3 | Mya Feat. Missy | 4,949KB | Audio |
| markveazey@KaZaA | Feelin On Yo Booty (Remix) (1).mp3 | R Kelly | 1,296KB | Audio |
| markveazey@KaZaA | Beanie Man, Mya - Girls Dem Sugar.mp3 | Beanie Man, Mya | 4,050KB | Audio |
| markveazey@KaZaA | JayZ - LaLaLa - Excuse Me Miss Again.mp3 | Jay-Z | 4,134KB | Audio |
| markveazey@KaZaA | Slow Jams-R. Kelly - Bump N Grind (remix).mp3 | R. Kelly | 4,170KB | Audio |
| markveazey@KaZaA | Say The Word.mp3 | Christy Carlson Romano | 2,690KB | Audio |
| markveazey@KaZaA | Tim McGraw - Real Good Man.mp3 | Tim McGraw | 4,000KB | Audio |
| markveazey@KaZaA | Kim Possible - Naked Mole Rap.mp3 | A+ | 1,236KB | Audio |
| markveazey@KaZaA | Trace Adkins - Then They Do.MP3 | Trace Adkins | 4,037KB | Audio |
| markveazey@KaZaA | R. Kelly - Feelin' On Your Booty Pip Daddy (Remix).mp3 | R. Kelly | 1,046KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| markveazey@KaZaA | Trace Adkins - Then They Do.MP3 | Trace Adkins | 4,037KB | Audio |
| markveazey@KaZaA | R. Kelly - Feelin' On Your Booty Big Daddy Remix.mp3 | R Kelly | 1,845KB | Audio |
| markveazey@KaZaA | girl-r, kelly - FEELING ON YOUR BOOTY REMIX | Kelly | 1,752KB | |
| markveazey@KaZaA | christina milian-call me, beep me-(1)(1).mp3 | Christina Milian | 2,175KB | Audio |
| markveazey@KaZaA | Randy Travis - Three Wooden Crosses.mp3 | Randy Travis | 4,795KB | Audio |
| markveazey@KaZaA | Allan Jackson - Little Man.mp3 | Allen Jackson | 4,202KB | Audio |
| markveazey@KaZaA | Tim Mcgraw-Real Good Man_The Ride.mp3 | Tim McGraw | 10,436KB | Audio |
| markveazey@KaZaA | Montgomery Gentry - Carrying On She Couldn't Change Me... | Montgomery Gentry | 4,070KB | Audio |
| markveazey@KaZaA | Beyonce Knowles Nude.jpg | Big Cheese | 129KB | Image |
| markveazey@KaZaA | terry clark.I JUST WANT TO BE MAD.mp3 | Terri Clark | 3,220KB | Audio |
| markveazey@KaZaA | Trace Adkins - Chrome.mp3 | Trace Adkins | 3,172KB | Audio |
| markveazey@KaZaA | The Lizzie McGuire Movie (1).mov | Raven | 1,408KB | Video |
| markveazey@KaZaA | 03 - Usher - You'll Be In My Heart - simplemp3s_ (1).mp3 | Usher | 2,475KB | Audio |
| markveazey@KaZaA | Cletus T. Judd - Country Grammar.mp3 | Cletus T. Judd | 1,001KB | Audio |
| markveazey@KaZaA | destiny's child feat-solange - the proud family theme song... | Destiny's Child  Feat. Sol... | 1,600KB | Audio |
| markveazey@KaZaA | Anthony Smith - If That Ain't Country.wma | Anthony Smith | 1,788KB | Audio |
| markveazey@KaZaA | mark willis - Good Morning Beautiful.mp3 | Blake Shelton | 3,392KB | Audio |
| markveazey@KaZaA | Not Too Young, Not to old.mp3 | Aaron Carter and Nick Ca... | 2,937KB | Audio |
| markveazey@KaZaA | arron.carter-Thats how I beat shaq.mp3 | Aaron Carter | 4,784KB | Audio |
| markveazey@KaZaA | dixie chicks - Long Time Gone.mp3 | Dixie Chicks | 3,518KB | Audio |
| markveazey@KaZaA | Jeff Bates - The Love Song (Single Version).mp3 | Jeff Bates | 3,743KB | Audio |
| markveazey@KaZaA | Kenny Chesney - She Thinks My Tractor's Sexy.mp3 | Kenny Chesney | 3,876KB | Audio |
| markveazey@KaZaA | 05 - Ashanti featuring Lil'Sis Shi - Colors Of The Wind - simp... | Ashanti featuring Lil' Sis Sh | 2,213KB | Audio |
| markveazey@KaZaA | Darryl_Worley_-_(I-Miss-My-Friend)-01-Tennessee_River... | Darryl Worley | 5,560KB | Audio |
| markveazey@KaZaA | Randy Travis - Three Wooden Crosses (1) (1).mp3 | Randy Travis | 5,526KB | Audio |
| markveazey@KaZaA | Nelly - Country Grammar (parody) (1).mp3 | Cletus T. Judd | 847KB | Audio |
| markveazey@KaZaA | Christina Milian - Call Me Beep Me If You Want To Reach M... | Christina Milian | 1,782KB | Audio |
| markveazey@KaZaA | MONTGOMERY GENTRY-hell yeah-pre-release.mp3 | Montgomery Gentry | 4,321KB | Audio |
| markveazey@KaZaA | pete rock and cl smooth - straighten it out.mp3 | Pete Rock  C.L. Smooth | 3,964KB | Audio |
| | Pete Rock  Cl Smooth  Last Of a in mn3 | Pete Rock  Cl Smooth | | Audio |

Found 620 files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   ☆ My Kazaa   🎬 Theater   🔍 Search   🚦 Traffic   🛒 Shop   📧 Tell A Friend

🔍 New search   📥 Download   🔍 Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| markveazey@KaZaA | pete rock and d smooth - straighten it out.mp3 | Pete Rock_C.L. Smooth | 3,964KB | Audio |
| markveazey@KaZaA | Pete Rock_CL Smooth - Lots Of Lovin.mp3 | Pete Rock_CL Smooth | 4,829KB | Audio |
| markveazey@KaZaA | young gunz- cant stop wont stop.mp3 | cdl-16-chris_and_neef-c ... | 3,234KB | Audio |
| markveazey@KaZaA | Buddy Jewell-Pour Out The Rain(Lacey's Song).mp3 | Buddy Jewell | 3,469KB | Audio |
| markveazey@KaZaA | Pete Rock_CL Smooth - They Reminisce Over You (T.R.O.... | Pete Rock_C.L. Smooth | 4,494KB | Audio |
| markveazey@KaZaA | Disney - Even Stevens - Ren(Christy Carlson Romano) Ste ... | A+ | 1,039KB | Audio |
| markveazey@KaZaA | Go DJ.mp3 | Lil Wayne | 3,304KB | Audio |
| markveazey@KaZaA | Blake Shelton - Playboys Of The Southwestern World.mp3 | Blake Shelton | 6,318KB | Audio |
| markveazey@KaZaA | TV Theme Songs - Lizzie Mcguire.mp3 | TV Theme Songs | 1,756KB | Audio |
| markveazey@KaZaA | Brad Paisley - I'm Gonna Miss Her.mp3 | Brad Paisley | 3,029KB | Audio |
| markveazey@KaZaA | Tupac - Gotta Get Mine.mp3 | 2Pac feat MC Breed | 4,003KB | Audio |
| markveazey@KaZaA | 07 - Hell Yeah.mp3 | Montgomery Gentry | 6,819KB | Audio |
| markveazey@KaZaA | Pete Rock and CL Smooth - They Reminisce Over You.mp3 | Pete Rock_C.L. Smooth | 4,467KB | Audio |
| markveazey@KaZaA | Disney Channel - Lizzie McGuire.wma | Disney Channel | 655KB | Audio |
| markveazey@KaZaA | 3LW- players gonna play.mp3 | 3LW | 6,635KB | Audio |
| markveazey@KaZaA | That's So Raven.mp3 | Raven | 1,408KB | Audio |
| markveazey@KaZaA | Tim Mcgraw - Barbeque Stain.mp3 | Tim McGraw | 2,856KB | Audio |
| markveazey@KaZaA | Toby Keith - I Love This Bar (1).mp3 | Toby Keith | 3,868KB | Audio |
| markveazey@KaZaA | TV Theme - Boy Meets World.wav | TV Show Theme Songs | 4,149KB | Audio |
| markveazey@KaZaA | Theme - Lizzie McGuire.wma | Disney Channel | 654KB | Audio |
| markveazey@KaZaA | Sister Sister Theme Song.mp3 | TV Themes | 678KB | Audio |
| markveazey@KaZaA | Pete Rock and CL Smooth - Take you there (1).mp3 | Pete Rock_C.L. Smooth | 4,445KB | Audio |
| markveazey@KaZaA | Cheetah Sisters.wav | The Cheetah Girls | 1,636KB | Audio |
| markveazey@KaZaA | Disney Channel - Zenon - Supernova Girl.mp3 | Proto Zoa | 1,950KB | Audio |
| markveazey@KaZaA | That's So Raven(Raven Symone).avi | Raven | 1,292KB | Video |
| markveazey@KaZaA | The_disney_channel_circle_of_stars-circle_of_life.disney ... | D | 6,819KB | Audio |
| markveazey@KaZaA | Brooks_Dunn - Boot Scoot Boogie.mp3 | brooks and dunn | 3,060KB | Audio |
| markveazey@KaZaA | George Strait - Cowboys Like Us.mp3 | George Strait | 3,389KB | Audio |
| markveazey@KaZaA | Superchick - One Girl Revolution.mp3 | Hillary Duff | 3,063KB | Audio |
| | Mc Eilch - Straight Un Menong mp3 | MC Eilch | 2,077KB | Audio |

2,219,660 users online sharing 3,548,998,229 files (37,051,126 GB)   [Not sharing any files]

Found 670 files

Can ...
he ...
They Reminisce ...
Disney - Eve ...
Playboys Of The ...
Brad Paisl ...
They ...
That's So Raven ...

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Superchick - One Girl Revolution.mp3 | Hillary Duff | 3,062KB | Audio |
| markveazey@KaZaA | Mc Elht - Straight Up Menace .mp3 | MC Eight | 3,392KB | Audio |
| markveazey@KaZaA | Christina Millan - Kim Possible Theme Song.wav | Disney Channel | 5,202KB | Audio |
| markveazey@KaZaA | Hillary Duff - So Yesterday .wav | Hilary Duff | 1,486KB | Audio |
| markveazey@KaZaA | Mark Wills - And The Crowd Goes Wild.mp3 | Mark Wills | 3,698KB | Audio |
| markveazey@KaZaA | Keith Urban - Where the Blacktop Ends.mp3 | Keith Urban | 4,222KB | Audio |
| markveazey@KaZaA | Play - Us Against the World (Lizzie McGuire) (1).mp3 | Play | 1,228KB | Audio |
| markveazey@KaZaA | Steven Tyler- Santa Claus is Coming to Town.mp3 | Aerosmith | 640KB | Audio |
| markveazey@KaZaA | Rose Falcon - Up, Up, Up - (Buehler13).mp3 | Rose Falcon | 6,707KB | Audio |
| markveazey@KaZaA | 11 - Hillary Duff - Metamorphosis.mp3 | Hilary Duff | 4,838kB | Audio |
| markveazey@KaZaA | Hilary Duff - What Dreams Are Made Of (1).mp3 | Hillary Duff | 704KB | Audio |
| markveazey@KaZaA | Hillary Duff and Lil' Romeo (1).mpg | Paolo and Isabella | 1,620KB | Video |
| markveazey@KaZaA | Martina McBride - This Ones For The Girls (2).mp3 | Martina McBride | 3,775KB | Audio |
| markveazey@KaZaA | Hillary Duff_Us against the World.mpg | Hillary Duff/Lalaine | 1,372KB | Video |
| markveazey@KaZaA | Tracy Bird - Drinking Bone.mp3 | Tracy Byrd | 3,063KB | Audio |
| markveazey@KaZaA | Brooks_Dunn - Straight Tequila Night.mp3 | Brooks and Dunn | 2,709KB | Audio |
| markveazey@KaZaA | Don Williams - Louisiana Saturday Night.mp3 | Alabama | 2,054KB | Audio |
| markveazey@KaZaA | Walk A Little Straighter - Billy Currington.mp3 | Billy Currington | 3,538KB | Audio |
| markveazey@KaZaA | Nitty Gritty Dirt Band - Louisiana Saturday Night.mp3 | Nitty Gritty Dirt Band | 2,124KB | Audio |
| markveazey@KaZaA | Kenny Chesny-She's Got It-All.mp3 | Kenny Chesney | 3,197KB | Audio |
| markveazey@KaZaA | Toby Keith - Should've Been A Cowboy.mp3 | Toby Keith | 3,274KB | Audio |
| markveazey@KaZaA | Alan Jackson - Whos cheatin who.mp3 | Alan Jackson | 3,335KB | Audio |
| markveazey@KaZaA | Tim McGraw - Down On The Farm.mp3 | Tim McGraw | 2,740KB | Audio |
| markveazey@KaZaA | Tim McGraw - I Like It, I Love It.mp3 | Tim Mcgraw | 2,807KB | Audio |
| markveazey@KaZaA | Brad Paisley-Austin (2).mp3 | Blake Shelton | 1,370KB | Audio |
| markveazey@KaZaA | George Strait - I Get Carried Away.mp3 | George Strait | 3,156KB | Audio |
| markveazey@KaZaA | Dwight Yoakam - The Back Of Your Hand.Mp3 | Dwight Yoakam | 2,921KB | Audio |
| markveazey@KaZaA | Jeff Foxworthy - Deer Hunting.mp3 | Jeff Foxworthy | 4,288KB | Audio |
| markveazey@KaZaA | Travis Tritt - I'm Gonna Be Somebody.mp3 | Travis Tritt | 3,815KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Travis Tritt - I'm Gonna Be Somebody.mp3 | Travis Trent | 3,815KB | Audio |
| markveazey@KaZaA | John Denver - Country Boy.mp3 | John Denver | 2,760KB | Audio |
| markveazey@KaZaA | John Micheal Montgomery - Auctioneer Song.mp3 | John Michael Montgomery | 2,082KB | Audio |
| markveazey@KaZaA | Dimond Rio - Meet in the middle.mp3 | Dimond Rio | 2,717KB | Audio |
| markveazey@KaZaA | Kevin Sharp - Nobody Knows it but me.mp3 | Kevin Sharp | 3,200KB | Audio |
| markveazey@KaZaA | Waylon Jennings_Tony Joe White - Redneck Women.mp3 | Waylon Jennings | 2,938KB | Audio |
| markveazey@KaZaA | SheDaisy - Passenger Seat.mp3 | SheDAISY | 4,697KB | Audio |
| markveazey@KaZaA | Joe Diffy- John Deer Green.mp3 | Joe Diffie | 1,249KB | Audio |
| markveazey@KaZaA | I smoke I drank remix (1).mp3 | YoungBloodz/Mr. Magic/R... | 6,656KB | Audio |
| markveazey@KaZaA | Brooks and Dunn - Neon Moon.mp3 | Allan Jackson | 3,572KB | Audio |
| markveazey@KaZaA | Garth Brooks - Unanswered Prayers.mp3 | Garth Brooks | 3,210KB | Audio |
| markveazey@KaZaA | George Strait - Fool Hearted Memory.mp3 | George Strait | 2,494KB | Audio |
| markveazey@KaZaA | Travis Tritt-Love of a Women.mp3 | Travis Tritt | 3,412KB | Audio |
| markveazey@KaZaA | Kenny Chesney - there goes my life (1).mp3 | Kenny Chesney | 3,000KB | Audio |
| markveazey@KaZaA | Kenny Chesney - There Goes My_Life (1) (1).mp3 | Kenney Chesney | 1,952KB | Audio |
| markveazey@KaZaA | 03-When the Sun Goes Down.mp3 | Kenny Chesney | 1,542KB | Audio |
| markveazey@KaZaA | George Strait - Desperately.mp3 | George Strait | 3,878KB | Audio |
| markveazey@KaZaA | when the sun goes down-track 7-kenny chesney.mp3 | kenny chesney | 2,795KB | Audio |
| markveazey@KaZaA | I Won't Tell.mp3 | Petey Pablo ft. Ciara | 3,473KB | Audio |
| markveazey@KaZaA | Conway Twitty - I'd Just Love To Lay You Down.mp3 | Conway Twitty | 3,149KB | Audio |
| markveazey@KaZaA | John Micheal Montgomery - Life's a Dance.mp3 | John Michael Montgomery | 1,501KB | Audio |
| markveazey@KaZaA | Lee Ann Womack - The Wrong Girl.mp3 | lee ann womack | 2,716KB | Audio |
| markveazey@KaZaA | Clay Walker - A Few Questions.mp3 | Clay Walker | 3,510KB | Audio |
| markveazey@KaZaA | Trisha Yearwood - She's In Love With The Boy.mp3 | Trisha Yearwood | 3,838KB | Audio |
| markveazey@KaZaA | crime mob - Black Tee.mp3 | Crime Mob | 5,495KB | Audio |
| markveazey@KaZaA | Country - Randy Travis - My Love Is Deeper.mp3 | Randy Travis | 3,440KB | Audio |
| markveazey@KaZaA | Willy Nelson - Mammas dont let your babies grow up to be ... | Waylon Jennings | 2,406KB | Audio |
| markveazey@KaZaA | I Want To Live.mp3 | Josh Gracin | 3,440KB | Audio |
| markveazey@KaZaA | I'm Carryin Your Love with Me.mp3 | George Strait | 3,623KB | Audio |
| | Dina A Galler B - Looked Ho mp3 | Nina | 2,300KB | Audio |

Found 6570 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | I'm Carryin Your Love with Me.mp3 | George Strait | 3,623KB | Audio |
| markveazey@KaZaA | Akon ft. Styles P. - Locked Up.wma | Akon | 3,700KB | Audio |
| markveazey@KaZaA | Crime Mob - Pink Tee.wma | Crime Mob | 1,149KB | Audio |
| markveazey@KaZaA | 09 Brad Paisley - Whiskey Lullaby.mp3 | Paisley, Brad_Krauss, Al... | 4,063KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - As Any Fool Can See.mp3 | Tracy Lawrence | 2,846KB | Audio |
| markveazey@KaZaA | Reba McEntire - I'm A Survivor.mp3 | Reba | 2,956KB | Audio |
| markveazey@KaZaA | 03 Get Some Crunkin Yo System.wma | trillville and lil scrappy | 2,018KB | Audio |
| markveazey@KaZaA | Sawyer Brown - Some Girls Do.mp3 | Sawyer Brown | 3,005KB | Audio |
| markveazey@KaZaA | Reba Macentire What Do You Say.mp3 | Reba McIntire | 3,307KB | Audio |
| markveazey@KaZaA | Big and Rich - Save a Horse, Ride a Cowboy.mp3 | 3 | 4,745KB | Audio |
| markveazey@KaZaA | Copy of Brad Paisley - Mud On The Tires.mp3 | Brad Paisly | 3,260KB | Audio |
| markveazey@KaZaA | Copy of Brad Paisly - He Didn't Have To Be.mp3 | Brad Paisly | 3,659KB | Audio |
| markveazey@KaZaA | WRAPPED UP IN YOU.MP3 | Garth Brooks | 1,927KB | Audio |
| markveazey@KaZaA | Alan Jackson - Don't Rock The Jukebox.mp3 | Alan Jackson | 2,670KB | Audio |
| markveazey@KaZaA | Cold One Comin' On.mp3 | Montgomery Gentry | 3,582KB | Audio |
| markveazey@KaZaA | Patty Loveless - Lovin' All Night.mp3 | Patty Loveless | 3,398KB | Audio |
| markveazey@KaZaA | When God Fearin' Women Get The Blues - Martina McBride... | Martina McBride | 3,511KB | Audio |
| markveazey@KaZaA | Petey Pablo - Freak-A-Leak.mp3 | Petey Pablo | 2,809KB | Audio |
| markveazey@KaZaA | How_Far.mp3 | Martina McBride | 3,709KB | Audio |
| markveazey@KaZaA | Terri Clark - Girls Lie Too.mp3 | Terri Clark | 3,333KB | Audio |
| markveazey@KaZaA | 01-jimmy_buffett-hey_good_lookin-cd.mp3 | Jimmy Buffett | 4,623KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - Time Marches On.mp3 | Tracy Lawrence | 2,884KB | Audio |
| 2 Users | Joe Nichols- If Nobody Believed In You.mp3 | Joe Nichols | 3,706KB | Audio |
| markveazey@KaZaA | Jo Dee Messina - Fool hearted man.mp3 | Jo Dee Messina | 2,578KB | Audio |
| markveazey@KaZaA | kenny chesney - Live Those Songs.mp3 | Kenny Chesney | 3,607KB | Audio |
| markveazey@KaZaA | Amy Dalley - Men Don't Change.mp3 | Amy Dalley | 1,405KB | Audio |
| markveazey@KaZaA | Toby Kieth That's My House.mp3 | Toby Keith | 4,560KB | Audio |
| markveazey@KaZaA | Reba McEntire - I'm Gonna Take That Mountain.mp3 | REBA MCENTIRE | 3,190KB | Audio |
| markveazey@KaZaA | T80-1 I Meant to Brad Cotter.mp3 | Brad Cotter | 2,404KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| markveazey@KaZaA | TBD I I Meant to Brad Cotter.mp3 | Brad Cotter | 2,404KB | Audio |
| markveazey@KaZaA | YounBloodz-Lean Low.mp3 | Young Bloodz | 2,300KB | Audio |
| markveazey@KaZaA | Jerry Clower - The Coon Hunting Monkey.mp3 | Jerry Clower | 1,348kB | Audio |
| markveazey@KaZaA | Christian Comedy - Jerry Clower - Coon Hunting With A W... | Mark Lowery | 1,326KB | Audio |
| markveazey@KaZaA | toby keith - I wanna talk about me.mp3 | Toby Keith | 2,829KB | Audio |
| markveazey@KaZaA | Lean On Me-Original Version.mp3 | Marvin Gaye | 2,006KB | Audio |
| markveazey@KaZaA | Nothing on but the radio.mp3 | Gary Allan | 4,971KB | Audio |
| markveazey@KaZaA | Dierks Bentley How Am I Doin'.mp3 | Dierks Bentley | 2,702KB | Audio |
| markveazey@KaZaA | TBD I Meant to.mp3 | Brad Cotter | 2,001KB | Audio |
| markveazey@KaZaA | Alan Jackson - The Blues Man (A Tribute To Hank Williams J... | Alan Jackson | 6,700KB | Audio |
| markveazey@KaZaA | She Thinks She Needs Me.mp3 | Andy Griggs | 3,710KB | Audio |
| markveazey@KaZaA | Rascal Flats - My-Worst_Fear.mp3 | Rascal Flats | 3,722KB | Audio |
| markveazey@KaZaA | Greatest Hits 5 Why Didn't I Think Of That Doug Stone.mp3 | Doug Stone | 3,776KB | Audio |
| markveazey@KaZaA | 03 - That's Cool.mp3 | Blue County | 2,590KB | Audio |
| markveazey@KaZaA | Daryl Worley - I Miss My Friend.mp3 | Daryl Worley | 2,463KB | Audio |
| markveazey@KaZaA | Alabama - Mountain Music.mp3 | Alabama | 3,418KB | Audio |
| markveazey@KaZaA | Pat Green - Wave on Wave.mp3 | Pat Green | 3,727KB | Audio |
| markveazey@KaZaA | Why Didn't I Think Of That.mp3 | Doug Stone | 1,628kB | Audio |
| markveazey@KaZaA | Brooks N Dunn - Nothing About You.mp3 | Brooks and Dunn | 3,186KB | Audio |
| markveazey@KaZaA | Sawyer Brown - The Walk.mp3 | Sawyer Brown | 3,500KB | Audio |
| markveazey@KaZaA | Tim McGraw and Faith Hill - Its Your Love.MP3 | <Unknown> | 3,290KB | Audio |
| markveazey@KaZaA | George Strait - I Cross My Heart (1).mp3 | George Straight | 2,802KB | Audio |
| markveazey@KaZaA | Travis Tritt - Country Ain't Country(walz).mp3 | Travis Tritt | 4,006KB | Audio |
| markveazey@KaZaA | Rehab- Sittin at a Bar.mp3 | Rehab | 3,676KB | Audio |
| 2 Users | Hal Ketchum - Small Town Saturday Night.mp3 | Hal Ketchum | 2,773KB | Audio |
| markveazey@KaZaA | Still Bill Lean On Me.mp3 | Bill Withers | 3,130KB | Audio |
| markveazey@KaZaA | Kenney Chesney - Simple Things.mp3 | Kenny Chesney | 3,780KB | Audio |
| markveazey@KaZaA | Stays In Mexico Toby Keith (1).mp3 | Toby Keith | 5,029KB | Audio |
| markveazey@KaZaA | Sawyer Brown - Six Days On The Road.mp3 | Sawyer Brown | 2,710KB | Audio |
| | Don Hilla Maybe To Was Maranha mn2 | Don Hilla | 2,42420 | Audia |

Found 6701 files

2,213,600 users online, sharing 5,322,968,229 files (57,051,836 GB)    Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| markveazey@KaZaA | Sawyer Brown - Six Days On The Road.mp3 | Sawyer Brown | 2,710KB | Audio |
| markveazey@KaZaA | Pam tillis - Maybe It Was Memphis -.mp3 | Pam Tillis | 3,131KB | Audio |
| markveazey@KaZaA | Brad Cotter - I Miss Me - I MEANT TO - 2.mp3 | Brad Cotter | 1,804KB | Audio |
| markveazey@KaZaA | Brad Cotter I Meant to 1.mp3 | Brad Cotter | 2,698KB | Audio |
| markveazey@KaZaA | I MEANT TO - I Meant to.mp3 | Brad Cotter | 1,579KB | Audio |
| markveazey@KaZaA | Tim McGraw - Indian Outlaw.mp3 | Tim McGraw | 2,808KB | Audio |
| markveazey@KaZaA | George Strait - Blue Clear Sky.mp3 | George Strait | 2,733KB | Audio |
| markveazey@KaZaA | Ultimate Country Super Hits - Ricochet - 13 - Daddy's Mon... | Ricochet | 1,543KB | Audio |
| markveazey@KaZaA | Phil Vasser - Just Another Day In Paradise.mp3 | Phil Vasser | 2,754KB | Audio |
| markveazey@KaZaA | Ultimate Country Super Hits 13 Ricochet Daddy's Money.f... | Ricochet | 2,053KB | Audio |
| markveazey@KaZaA | 2 - Brad Cotter - I Miss Me.mp3 | Brad Cotter | 2,914KB | Audio |
| markveazey@KaZaA | Tracy Bird - Keeper of the Stars.mp3 | Tracy Bird | 1,023KB | Audio |
| markveazey@KaZaA | doug stone - in a pine box.mp3 | Doug Stone | 3,130KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - How A Cowgirl Says Goodbye.mp3 | Tracy Lawrence | 3,324KB | Audio |
| markveazey@KaZaA | garth brooks - Till the River Runs Dry.mp3 | Garth Brooks | 4,149KB | Audio |
| markveazey@KaZaA | Tracy Lawrence - That Ain't My Truck.mp3 | Tracy Lawrence | 3,798KB | Audio |
| markveazey@KaZaA | Chris Cagel - Country By The Grace of God.MP3 | Chris_Cagle | 3,288KB | Audio |
| markveazey@KaZaA | Tim_Maglaw_-_My Best Friend.mp3 | Tim McGraw | 3,278KB | Audio |
| markveazey@KaZaA | Kenny Chesney - Just Dont Happen Twice.mp3 | Kenney Chesney | 2,216KB | Audio |
| markveazey@KaZaA | Tracy Byrd - Holding Heaven In My Arms Tonight.mp3 | Tracy Byrd | 2,355KB | Audio |
| markveazey@KaZaA | I MEANT TO I I Meant to Brad Cotter.mp3 | Brad Cotter | 2,201KB | Audio |
| markveazey@KaZaA | Little Texas - God Bless Texas.mp3 | Little Texas | 3,825KB | Audio |
| markveazey@KaZaA | George Strait-Look So Good In Love.mp3 | George Strait | 2,264KB | Audio |
| markveazey@KaZaA | Greatest Hits - 911.mp3 | Wyclef Jean | 2,295KB | Audio |
| markveazey@KaZaA | T.I. Rubberbandman.wma | TI | 2,752KB | Audio |
| markveazey@KaZaA | Drop it like its hot - Snoop Dogg ft. Pharell.MP3 | Snoop Dogg | 5,513KB | Audio |
| markveazey@KaZaA | Jerkey Boys- 911 call from phone booth.mp3 | Jerky Boys | 816KB | Audio |
| markveazey@KaZaA | Greatest Hits - Wyclef Jean - 911 - 6.mp3 | Wyclef Jean | 2,830KB | Audio |
| markveazey@KaZaA | Steve Azar - Waitin' On Joe.mp3 | Steve Azar | 3,854KB | Audio |

Found 5970 files    |   2,719,660 users online sharing 1,554,968,228 files (9,761,154 GB) | Anti-sharing on files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| markveazey@KaZaA | Tim_Mcgraw_-_My Best Friend.mp3 | Tim McGraw | 3,278KB | Audio |
| markveazey@KaZaA | Kenny Chesney - Just Dont Happen Twice.mp3 | Kenney Chesney | 2,216KB | Audio |
| markveazey@KaZaA | Tracy Byrd - Holding Heaven In My Arms Tonight.mp3 | Tracy Byrd | 2,355KB | Audio |
| markveazey@KaZaA | I MEANT TO I I Meant to Brad Cotter.mp3 | Brad Cotter | 2,201KB | Audio |
| markveazey@KaZaA | Little Texas - God Bless Texas.mp3 | Little Texas | 3,825KB | Audio |
| markveazey@KaZaA | George Strait-Look So Good In Love.mp3 | George Strait | 2,264KB | Audio |
| markveazey@KaZaA | Greatest Hits - 911.mp3 | Wyclef Jean | 2,295KB | Audio |
| markveazey@KaZaA | T.I. Rubberbandman.wma | TI | 2,752KB | Audio |
| markveazey@KaZaA | Drop it like its hot - Snoop Dogg ft. Pharell.MP3 | Snoop Dogg | 5,513KB | Audio |
| markveazey@KaZaA | Jerkey Boys- 911 call from phone booth.mp3 | Jerky Boys | 816KB | Audio |
| markveazey@KaZaA | Greatest Hits - Wyclef Jean - 911 - 6.mp3 | Wyclef Jean | 2,830KB | Audio |
| markveazey@KaZaA | Steve Azar - Waitin' On Joe.mp3 | Steve Azar | 3,854KB | Audio |
| markveazey@KaZaA | Rascal Flats - I'm Moving On.mp3 | Rascall Flatts | 3,825KB | Audio |
| markveazey@KaZaA | Bob Mcgraw The cowboy in me.mp3 | Tim Mcgraw | 3,820KB | Audio |
| markveazey@KaZaA | Tim McGraw - Back When.mp3 | Tim McGraw | 4,677KB | Audio |
| markveazey@KaZaA | Shania Twain with Billy Currington - Party For Two-excellen... | Shania Twain | 1,832KB | Audio |
| markveazey@KaZaA | shania twain ft. billy currington - party for two.mp3 | Shania Twain | 3,070KB | Audio |
| markveazey@KaZaA | Shania Twain ft. Billy Currington - Party For Two .mp3 | Shania Twain | 4,831KB | Audio |
| markveazey@KaZaA | 2 - I Miss Me.mp3 | Brad Cotter | 2,250KB | Audio |
| markveazey@KaZaA | Rascal Flats This Everyday Love.mp3 | Rascall Flatts | 2,901KB | Audio |
| markveazey@KaZaA | Rascal Flats - While You Loved Me.mp3 | Rascall Flatts | 3,300KB | Audio |
| markveazey@KaZaA | Kenny Chesney - Back Were I Came From.mp3 | Kenny Chesney | 2,784KB | Audio |
| markveazey@KaZaA | Clay Walker - If I Could Make A Living.mp3 | Clay Walker | 1,051KB | Audio |
| markveazey@KaZaA | Arron Tippin - Kiss This.mp3 | Aaron Tippin | 4,116KB | Audio |
| markveazey@KaZaA | Brad Cotter I Meant to.mp3 | Brad Cotter | 3,672KB | Audio |
| markveazey@KaZaA | shania twain and billy currington - party for two.mp3 | Shania Twain | 4,577KB | Audio |
| markveazey@KaZaA | Arron Tippin - Kiss This (1).MP3 | Aaron Tippin | 2,396KB | Audio |
| markveazey@KaZaA | Doug Stone - In A Different Light - Greatest Hits - 6.mp3 | Doug Stone | 1,681KB | Audio |
| markveazey@KaZaA | Juice Newton - Queen of Hearts (1).mp3 | Juice Newton | 3,468KB | Audio |

Found 370 files

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>**Middle District of Alabama** |
|---|---|
| DOCKET NO.                  DATE FILED | G.W. Andrews Federal Building & U.S. Courthouse<br>**701 Avenue A**<br>**Opelika, AL 36801-4977** |

| PLAINTIFF<br>ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC. | | DEFENDANT<br><br>WILLIAM PATTERSON |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Middle District of Alabama** | |
|---|---|---|
| DOCKET NO. | DATE FILED | **G.W. Andrews Federal Building & U.S. Courthouse**<br>**701 Avenue A**<br>**Opelika, AL 36801-4977** |
| PLAINTIFF<br>**ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL**<br>**RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.** | | DEFENDANT<br><br>**WILLIAM PATTERSON** |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |

AO 121 (6/90)

| TO: |  |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Middle District of Alabama** |
|---|---|
| DOCKET NO. | DATE FILED |
| | **G.W. Andrews Federal Building & U.S. Courthouse**<br>**701 Avenue A**<br>**Opelika, AL 36801-4977** |

| PLAINTIFF<br>**ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.** | DEFENDANT<br><br>**WILLIAM PATTERSON** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |

AO 121 (6/90)

| TO: | | REPORT ON THE |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Middle District of Alabama** |
|---|---|---|
| DOCKET NO. | DATE FILED | **G.W. Andrews Federal Building & U.S. Courthouse**<br>**701 Avenue A**<br>**Opelika, AL 36801-4977** |

| PLAINTIFF<br>**ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.** | DEFENDANT<br><br>**WILLIAM PATTERSON** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ～ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>**Middle District of Alabama**<br>**G.W. Andrews Federal Building & U.S. Courthouse**<br>**701 Avenue A**<br>**Opelika, AL 36801-4977** | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>**ARISTA RECORDS LLC; BMG MUSIC; UMG RECORDINGS, INC.; CAPITOL<br>RECORDS, INC.; and ELEKTRA ENTERTAINMENT GROUP INC.** | | DEFENDANT<br><br>**WILLIAM PATTERSON** |
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes     ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## WILLIAM PATTERSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Summer's Coming | One Emotion | 200-112 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| BMG Music | Clint Black | Killin' Time | Killin' Time | 105-436 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Elektra Entertainment Group Inc. | Pete Rock and CL Smooth | Reminisce (T.R.O.Y) | Mecca and the Soul Brother | 145-714 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Alan Jackson | Livin' On Love | Who I Am | 202-090 |

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ARISTA RECORDS, LLC, a Delaware limited      )
liability company; BMG MUSIC, a New York     )
general partnership; UMG RECORDINGS,         )
INC., a Delaware corporation; CAPITOL        )
RECORDS, INC., a Delaware corporation; and   )
ELEKTRA ENTERTAINMENT GROUP, INC.,           )
a Delaware corporation,                      )
                                             )
    Plaintiffs                               )
                                             )
v.                                           )    Civil Action No. 3:05-cv-595-A
                                             )
WILLIAM PATTERSON                            )
                                             )
    Defendant.                               )
                                             )

## ENTRY OF DEFAULT

    It appearing that defendant William Patterson, was duly served with a copy of the summons

and complaint on November 1, 2005, as set out in the affidavit of Kelly F. Pate, and said defendant

has failed to answer or otherwise defend this action, as required by law, as set out in the

application filed herein on December 13, 2005, by plaintiff's attorney.

    DEFAULT is hereby entered against said defendant, William Patterson.

    DONE THIS __19th__ day of __December, 2005__.

                        /s/ Debra P. Hackett

                        _____
                        DEBRA P. HACKETT
                        CLERK, UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF ALABAMA



EXHIBIT
2