IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>WILLIAM PATTERSON,<br><br>        Defendant. | Civil Action No.: 3:05-cv-00595-WHA-DRB |

## [PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1.    Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred and Fifty Dollars ($6,750.00).

    2.    Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred and Fifty Seven Dollars and Forty Cents ($357.40).

    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Summer's Coming," on album "One Emotion," by artist "Clint Black" (SR# 200-112);
- "Don't Rock The Jukebox," on album "Don't Rock the Jukebox," by artist "Alan Jackson" (SR# 138-302);
- "Killin' Time," on album "Killin' Time," by artist "Clint Black" (SR# 105-436);
- "Blue Clear Sky," on album "Blue Clear Sky," by artist "George Strait" (SR# 221-625);
- "Where The Blacktop Ends," on album "Keith Urban," by artist "Keith Urban" (SR# 273-265);
- "Reminisce (T.R.O.Y)," on album "Mecca and the Soul Brother," by artist "Pete Rock and CL Smooth" (SR# 145-714);
- "I Cross My Heart," on album "Pure Country," by artist "George Strait" (SR# 146-421);
- "She Thinks My Tractor's Sexy," on album "Everywhere We Go," by artist "Kenny Chesney" (SR# 263-302);
- "Livin' On Love," on album "Who I Am," by artist "Alan Jackson" (SR# 202-090);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: _____  By: _____
                                  Hon. W. Harold Albritton
                                  United States District Judge