IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, LLC, etc., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:05cv595-WHA |
| | ) |
| WILLIAM PATTERSON, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Application for Entry of Default Judgment by the Court (Doc. #18), filed by the Plaintiffs on January 26, 2006, it is hereby

ORDERED that Defendant, William Patterson, file a document with the court **no later than February 14, 2006**, if he wishes to contest the Application, showing just cause, if any there be, why the court should not grant the Application and enter default judgment against him. In the event William Patterson fails to file with the court by that time, final judgment will be entered against him for statutory damages in the total amount of $6,750, an injunction in the form sought in the Complaint, and costs in the amount of $357.40.

DONE this 30th day of January, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE